**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter _____11_____

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RLB Food Distributors LP |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  FreshPro Food Distributors |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-2809612 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>2 Dedrick Place<br>West Caldwell, NJ 07006<br>Number, Street, City, State & ZIP Code<br><br>Essex<br>County | **Mailing address, if different from principal place of business**<br><br>2 Dedrick Place<br>CN 2285<br>West Caldwell, NJ 07007<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.freshprofood.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    RLB Food Distributors LP                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5101_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

Debtor   RLB Food Distributors LP _____   Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   2 Dedrick Place
West Caldwell, NJ, 07006-0000

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.   Insurance agency   NJM Insurance Group

Contact name   Tom Sachs, Lawley Ins. Agency

Phone   973-937-6161

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    RLB Food Distributors LP
            Name                                                    Case number (*if known*)

**16.  Estimated liabilities**

☐ $0 - $50,000                    ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | RLB Food Distributors LP | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 28, 2024
                      MM / DD / YYYY

**X** /s/ Pat Mele III                                           Pat Mele III
Signature of authorized representative of debtor          Printed name

Title    Executive VP, CFO

---

**18. Signature of attorney**

**X** /s/ Donald W. Clarke                        Date    February 28, 2024
Signature of attorney for debtor                              MM / DD / YYYY

Donald W. Clarke
Printed name

GENOVA BURNS LLC
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700          Email address    dclarke@genovaburns.com

025442008 NJ
Bar number and State

---

## IN THE UNITED STATES BANKRUPTCY COURT

**In the Matter of:**

**RLB FOOD DISTRIBUTORS LP d/b/a**
**FRESHPRO FOOD DISTRIBUTORS,**

Debtor.

Case No.:  24-

Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, PAT MELE III, declare under penalty of perjury, that I am the Executive VP and CFO of RLB Food Distributors LP d/b/a FreshPro Food Distributors, a New Jersey Limited Partnership, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Partnership at a special meeting duly called and held on _Feb 14_, 2024.

"Whereas, it is in the best interest of this Limited Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

"Be It Therefore Resolved, that I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Partnership; and

"Be It Further Resolved, that I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Partnership in connection with such bankruptcy case; and

"Be It Further Resolved, I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Limited Partnership in such bankruptcy case as counsel to the Debtor.

Date: February 14, 2024          Signed: _____

PAT MELE III, Executive VP and CFO

**Resolution of Board of Directors of**

**RLB FOOD DISTRIBUTORS LP
d/b/a FRESHPRO FOOD DISTRIBUTORS**

Be It Therefore Resolved, that I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Partnership; and

Be It Further Resolved, that I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Partnership in connection with such bankruptcy case; and

Be It Further Resolved, I, Pat Mele III, as the Executive VP and CFO of this Limited Partnership is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Limited Partnership in such bankruptcy case as counsel to the Debtor.

Date: February 14, 2024          Signed: _____

PAT MELE III, Executive VP and CFO

**Fill in this information to identify the case:**

Debtor name    RLB Food Distributors LP

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 28, 2024      **X** /s/ Pat Mele III
                                                    Signature of individual signing on behalf of debtor

                                                    Pat Mele III
                                                    Printed name

                                                    Executive VP, CFO
                                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    RLB Food Distributors LP

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blount Seafood Corp. 630 Currant Road Fall River, MA 02720 | | Trade debt | | | | $430,558.89 |
| Sbrocco International, Inc. 20000 Horizon Way Suite 750 Mount Laurel, NJ 08054 | | Trade debt | | | | $303,629.80 |
| Sonoma Produce Co. PO Box 2525 Santa Rosa, CA 95405 | | Trade debt | | | | $216,181.00 |
| Forever Cheese, Inc. 12 W. 27th St., 14th Fl. New York, NY 10001 | | Trade debt | | | | $143,262.72 |
| Mastronardi Produce Ltd PO Box 71227 Chicago, IL 60601-1227 | | Trade debt | | | | $139,342.00 |
| East Coast Fresh 9001 Whiskey Bottom Road Laurel, MD 20723 | | Trade debt | | | | $121,442.59 |
| Spring Glen Fresh Foods, Inc. PO Box 334 Hanover, PA 17331 | | Trade debt | | | | $119,089.48 |
| Bunzl Attn: A/P Theresa 27 Distribution Way Monmouth Junction, NJ 08852 | | Trade debt | | | | $112,057.96 |

Debtor  RLB Food Distributors LP _____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stemilt Growers LLC 32268 Collection Center Dr Chicago, IL 60602 | | Trade debt | | | | $110,154.20 |
| Bimmy's Food Made With Love 4700 33rd St. Long Island City, NY 11101 | | Trade debt | | | | $107,075.25 |
| S Katzman Produce Inc. 213 Row B NYC Terminal Market Bronx, NY 10474 | | Trade debt | | | | $105,081.50 |
| Driscoll Strawberry Associates PO Box 201261 Dallas, TX 75201-1261 | | Trade debt | | | | $98,358.50 |
| Local 863 Welfare 209 Summit Road Mountainside, NJ 07092 | | Business Debt | | | | $98,010.00 |
| Lioni Latticini, Inc. 555 Lehigh Ave Union, NJ 07083 | | Trade debt | | | | $96,977.70 |
| Gourmet Boutique LLC PO Box 11518 Newark, NJ 07101 | | Trade debt | | | | $93,899.80 |
| Chobani, LLC PO Box 417259 Boston, MA 02241 | | Trade debt | | | | $91,490.88 |
| Taylor Farms New Jersey, Inc. 406-A Heron Drive Swedesboro, NJ 08085 | | Trade debt | | | | $86,923.25 |
| Dole Fresh Fruit Company PO Box 405687 Atlanta, GA 30384-5687 | | Trade debt | | | | $84,564.20 |
| Hearty Acquisition LLC Attn: Anthony Mular 7444 W. Wilson Ave Harwood Heights, IL 60706 | | Trade debt | | | | $78,587.00 |

Debtor    RLB Food Distributors LP
_____    Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Maurice A. Auerbach Inc. 117 Seaview Drive Secaucus, NJ 07094 | | Trade debt | | | | $73,190.24 |

**Fill in this information to identify the case:**

Debtor name    RLB Food Distributors LP

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................. $         0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................ $    4,738,212.98

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................................. $    4,738,212.98

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    500,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    37,500.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    4,895,206.85

4.   **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                             $    5,432,706.85

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    RLB Food Distributors LP

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Columbia Bank - RLB Food Distributors Main Account | Checking | 6386 | $1,377,336.00 |
| 3.2. | Columbia Bank - RLB Food Distributors Payroll Account | Payroll checking account | 3503 | $0.00 |
| 3.3. | Columbia Bank RLB Distributors FSA Account | FSA Account | 6394 | $0.00 |
| 3.4. | Columbia Bank RLB Distributors MMA | Money Market | 4244 | $373,389.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,750,725.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor    RLB Food Distributors LP      Case number *(If known)* _____
     Name

**7.**    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

   7.1.   EZ pass security deposits        $130.00

   7.2.   Fixed asset deposits (the System House; KCG Energy Mgth)        $14,275.00

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

   8.1.   Prepaid insurance-auto/general liability/umbrella/cyber        $72,800.00

   8.2.   Prepaid workers comp insurance        $38,400.00

   8.3.   Prepaid tolls-EZ Pass        $14,894.00

   8.4.   Deposit for NY Trade Show 12/24        $3,000.00

   8.5.   Brooklake CC 2 payments 2024        $21,555.00

   8.6.   Prepaid Health insurances-medical, dental, GTL, LTD, AFLAC 2/24        $77,000.00

   8.7.   Prepaid computer maintenance contracts        $12,000.00

**9.**    **Total of Part 2.**        $254,054.00
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

     11a. 90 days old or less:    1,743,822.82    -    0.00   = ....    $1,743,822.82
                     face amount                  doubtful or uncollectible accounts

| Debtor | RLB Food Distributors LP | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,743,822.82

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Perishable items | 2/27/24 | $655,256.16 | average cost | $655,256.16 |
| Packaging Supplies | | $134,355.00 | average cost | $134,355.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$789,611.16

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    1,329,392.00  Valuation method    average cost  Current Value    1,329,392.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    RLB Food Distributors LP
_____
Name

Case number *(If known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** telephone and computer equipment; office furniture and fixtures-SEE ATTACHED RIDER | $25,000.00 | depreciation | $25,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$25,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** warehouse and other equipment used in trade-SEE ATTACHED RIDER | $175,000.00 | depreciation | $175,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$175,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | RLB Food Distributors LP | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

Part 9: **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Debtor Leases warehouse located at 2 Dedrick Place, West Caldwell, NJ | | Unknown | | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 10: **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** FreshPro mark exp. 10/26; FreshPro Food Distributors logo exp. 5/27 | Unknown | | Unknown |
| **61.** **Internet domain names and websites** Freshprofood.com Rlbfood.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |

Debtor    RLB Food Distributors LP                                    Case number *(If known)*
          Name

NJ Milk License; PACA License; NJ license to
operate wholesale food establishment; XRS
Software license; Roadnet software license;
Argent software license; Isgus software license;        Unknown                          Unknown
Aptean software license

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   RLB Food Distributors LP _____   Case number *(If known)* _____
      *Name*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,750,725.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $254,054.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,743,822.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $789,611.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $175,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,738,212.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,738,212.98 |

Rider to Schedule B #41 and #50

**FreshPro Food Distributors**
**Dedrick Place**
**Fixed Asset  Summary**
**Year 2023**

| | | 12/31/2023 | G/L Balance |
|---|---|---|---|
| 1400-00 | Mach & Equip | | 1,784,928.09 |
| 1415-00 | Bldg Improvements | | 780,796.91 |
| 1420-00 | Computers | | 492,753.60 |
| 1440-00 | Furn & Fixtures | | 476,762.16 |
| 1405-90 | Freshcut Computers | | 24,674.53 |
| 1410-90 | Freshcut Bldg Improvements | | 1,033,784.37 |
| 1430-90 | Freshcut Mach & Equip | | 1,017,810.27 |
| | | | 5,611,509.93 |
| | | | |
| 1450-00 | A/D - Mach & Equip | | (1,574,638.05) |
| 1465-00 | A/D - Bldg Improv. | | (652,498.26) |
| 1470-00 | A/D - Computers | | (403,665.28) |
| 1460-00 | A/D - Furn & Fixtures | | (468,216.86) |
| 1495-90 | A/D - FC Computers | | (24,674.53) |
| 1480-90 | A/D - FC Bldg Improv. | | (995,820.15) |
| 1490-90 | A/D - FC Mach & Equip | | (731,135.51) |
| | | | (4,850,648.64) |
| | | | |
| 6650-00 | Deprec - Mach & Equip | | 61,904.00 |
| 6680-00 | Deprec - Bldg Improv. | | 38,192.00 |
| 6660-00 | Deprec - Computers | | 36,468.00 |
| 6670-00 | Deprec - Furn & Fix | | 4,988.00 |
| 6665-90 | Deprec - FC Computers | | 0.00 |
| 6675-90 | Deprec - FC Bldg Improv | | 11,773.08 |
| 6685-90 | Deprec - FC Mach & Equip | | 42,096.48 |
| | | | 195,421.56 |
| | | | |
| NBV | Mach & Equip | | 210,290.04 |
| NBV | Bldg Improvements | | 128,298.65 |
| NBV | Computers | | 89,088.32 |
| NBV | Furn & Fixtures | | 8,545.30 |
| | Freshcut Computers | | 0.00 |
| | Freshcut Bldg Improvements | | 37,964.22 |
| | Freshcut Mach & Equip | | 286,674.76 |
| | | | 760,861.29 |

**Fill in this information to identify the case:**

Debtor name     RLB Food Distributors LP

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  Columbia Bank<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Business assets | $500,000.00 | Unknown |
| 19-01 Route 208 North<br>Fair Lawn, NJ 07410<br>Creditor's mailing address | | | |
| acoward@columbiabankonline.com<br>Creditor's email address, if known | Describe the lien<br>Secured Loan<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Date debt was incurred<br>7/1/2020 | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number<br>8009 | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $500,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name ___RLB Food Distributors LP___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> Chris Pino <br> 175 Morris St., Apt. 321 <br> Morristown, NJ 07960 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $5,000.00 | $5,000.00 |
| Date or dates debt was incurred _____ | Basis for the claim: <br> bonus=February 2024 | | |
| Last 4 digits of account number _____ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> Steven Hantis <br> 332 Mt. Pleasant Ave <br> Dover, NJ 07801 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $7,500.00 | $7,500.00 |
| Date or dates debt was incurred _____ | Basis for the claim: <br> bonus-February 2024 | | |
| Last 4 digits of account number _____ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Teri Torack
22 Payne Ave
Midland Park, NJ 07432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00    $5,000.00

Date or dates debt was incurred

Basis for the claim:
annual bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
Teri Torack
22 Payne Ave
Midland Park, NJ 07432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00    $5,000.00

Date or dates debt was incurred

Basis for the claim:
bonus-deferred 2020

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Teri Torack
22 Payne Ave
Midland Park, NJ 07432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00    $15,000.00

Date or dates debt was incurred

Basis for the claim:
bonus-deferred 2021-2023

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A & J Produce Corp.
140A New York City Terminal
Bronx, NY 10474

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$19,748.00

---

**3.2** Nonpriority creditor's name and mailing address
A. Gurda Produce Co.
PO Box 377
Slate Hill, NY 10973

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,160.00

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$914.59**

Access Corp
PO Box 782998
Philadelphia, PA 19178-2998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$789.21**

Action Group Staffing
Drake Nelson LLC
PO Box 100, Dept. 520
Bixby, OK 74008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,147.75**

AJ Trucco Inc., Import Division
344 NYC Terminal Market
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,676.99**

All State Striping, LLC
15 Oak Road
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,571.20**

American Express
PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1009

**Basis for the claim:** Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,932.08**

American Express
PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1000

**Basis for the claim:** Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$856.79**

American Overhead Door & Dock
PO Box 942
Langhorne, PA 19047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
American Wear, Inc.
23 Centerway, Floor 2
East Orange, NJ 07017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,208.24

---

**3.11**

**Nonpriority creditor's name and mailing address**
Ark Foods LLC
PO Box 21061
Brooklyn, NY 11202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,854.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Arla Foods, Inc.
PO Box 200320
Pittsburgh, PA 15251-0320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,226.98

---

**3.13**

**Nonpriority creditor's name and mailing address**
Arthur Schuman, Inc.
PO Box 70038
Newark, NJ 07101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$5,642.55

---

**3.14**

**Nonpriority creditor's name and mailing address**
Atalanta Corporation
PO Box 74008466
Chicago, IL 60675-8466

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,581.88

---

**3.15**

**Nonpriority creditor's name and mailing address**
Bertozzi of America
PO Box 712674
Philadelphia, PA 19170-2674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$7,541.92

---

**3.16**

**Nonpriority creditor's name and mailing address**
Bimmy's Food Made With Love
4700 33rd St.
Long Island City, NY 11101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$107,075.25

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address

Blount Seafood Corp.
630 Currant Road
Fall River, MA 02720

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$430,558.89

---

**3.18** Nonpriority creditor's name and mailing address

Bozzuto's Inc.
275 Schoolhouse Road
Cheshire, CT 06410

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$19,558.47

---

**3.19** Nonpriority creditor's name and mailing address

Brooklake Country Club
139 Brooklake Road
Florham Park, NJ 07932

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$9,598.16

---

**3.20** Nonpriority creditor's name and mailing address

Brooklyn Cured
570 Westminster Road, A23
Brooklyn, NY 11230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,592.00

---

**3.21** Nonpriority creditor's name and mailing address

Bryant Elam

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.22** Nonpriority creditor's name and mailing address

Bulb Depot Inc.
192 Lackawanna Ave., Unit 1
Woodland Park, NJ 07424

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,373.09

---

**3.23** Nonpriority creditor's name and mailing address

Bunzl
Attn: A/P Theresa
27 Distribution Way
Monmouth Junction, NJ 08852

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$112,057.96

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
Busseto Foods
PO Box 12403
Fresno, CA 93777

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,683.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
Byline Financial Group
Bin 88205
Milwaukee, WI 53288-8205

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$250.47

---

**3.26**

**Nonpriority creditor's name and mailing address**
Cafe Spice LLC
677 Little Britain Road
New Windsor, NY 12553

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$23,243.34

---

**3.27**

**Nonpriority creditor's name and mailing address**
Calavo Growers, Inc.
File #7600
Los Angeles, CA 90021-7600

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$62,251.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
Cartridge World West Orange
t/a Hanner Too LLC
623 Eagle Roc Ave, Ste 377
West Orange, NJ 07052

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,604.56

---

**3.29**

**Nonpriority creditor's name and mailing address**
CBM Solutions LLC
28 Bloomfield Ave
Suite 301
Pine Brook, NJ 07058

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,891.95

---

**3.30**

**Nonpriority creditor's name and mailing address**
Centerline Drivers, LLC
PO Box 31001-1431
Pasadena, CA 91110-1431

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,725.07

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
Chef's Warehouse c/o Dair
PO Box 30943
New York, NY 10018-0943

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,449.64

---

**3.32** | **Nonpriority creditor's name and mailing address**
Chobani, LLC
PO Box 417259
Boston, MA 02241

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$91,490.88

---

**3.33** | **Nonpriority creditor's name and mailing address**
Citterio USA Corporation
2376 SR940 Hwy
Freeland, PA 18224

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,319.85

---

**3.34** | **Nonpriority creditor's name and mailing address**
Comcast Cablevision
PO Box 70219
Philadelphia, PA 19176-0219

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.35** | **Nonpriority creditor's name and mailing address**
Comfort Inn & Conference
4500 Crain Hwy
Bowie, MD 20716

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$215.14

---

**3.36** | **Nonpriority creditor's name and mailing address**
Commercial Trailer Leasing
PO Box 23465
New York, NY 10001-3465

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$25,350.63

---

**3.37** | **Nonpriority creditor's name and mailing address**
Conway Import Co., Inc.
11051 W. Addison St.
Franklin Park, IL 60131

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$25,366.63

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219.11

Corproate Copier Service LLC
147 Jamestown Road
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,584.40

Custom Blends, Inc.
dba Cindy Kitchen
40 Industrial Blvd.
Brockton, MA 02301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,678.50

D'Arrigo Bros Co., Inc.
315 NYC Terminal Market
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,768.20

D'Arrigo Bros. of California
PO Box 742911
Los Angeles, CA 90076-2911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,856.00

Dan Graiff Farms LLC
106 Yegla Lane
Newfield, NJ 08344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,470.00

Danny's Treats, Inc.
8 Dale Lane
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,066.40

Danone US LLC
PO Box 7247-8978
Philadelphia, PA 19019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,239.63 |
|---|---|---|---|

Delage Landing Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,695.40 |
|---|---|---|---|

Direct Source Marketing
118 N. Bedford Road
Mount Kisco, NY 10549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $84,564.20 |
|---|---|---|---|

Dole Fresh Fruit Company
PO Box 405687
Atlanta, GA 30384-5687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,397.00 |
|---|---|---|---|

Domestic Produce Co.
100 Richards Way
Avondale, PA 19311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,233.85 |
|---|---|---|---|

Don's Food Products
4461 Township Line Road
Schwenksville, PA 19473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98,358.50 |
|---|---|---|---|

Driscoll Strawberry Associates
PO Box 201261
Dallas, TX 75201-1261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,141.99 |
|---|---|---|---|

Dubois Chemicals Inc.
2659 Solution Center
Chicago, IL 60677-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,400.00**

E-Z Pass Cusomer Service Center
PO Box 52003
Newark, NJ 07101-8203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$121,442.59**

East Coast Fresh
9001 Whiskey Bottom Road
Laurel, MD 20723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,950.00**

Eastern Produce Council
PO Box 897
New Providence, NJ 07974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$963.89**

Electric Battery Co. LLC
PO Box 371
Wyckoff, NJ 07481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$357.00**

Empire Commercial Services
203 Main Street
Metuchen, NJ 08840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,632.80**

Esti Foods LLC
275 Veterans Blvd
Rutherford, NJ 07070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,371.21**

Exxon Mobile Wex
PO Box 6293
Carol Stream, IL 60116-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Credit Card_

**Last 4 digits of account number** _6238_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $342.87

Federal Express Corp.
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,378.00

Firehook of Virginia, Inc.
14701 Flint Lee Road
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $273.87

Fisher Scientific Company, LLC
PO Box 3648
Boston, MA 02241-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9001_

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33,435.19

Foodmatch, Inc.
575 Eight Ave., 23rd Fl.
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $143,262.72

Forever Cheese, Inc.
12 W. 27th St., 14th Fl.
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,217.60

Frank Donio, Inc.
PO Box 529
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,204.90

Fresh Express, Inc.
PO Box 202729
Dallas, TX 75320-2729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,376.00 |
|---|---|---|---|

**3.66**

Nonpriority creditor's name and mailing address
G&R Farms
PO Box 926
Glennville, GA 30427

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,376.00

---

**3.67**

Nonpriority creditor's name and mailing address
Galloni USA
PO Box 295
Montvale, NJ 07645

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$17,959.23

---

**3.68**

Nonpriority creditor's name and mailing address
Genserve, LLC
PO Box 23974
New York, NY 10087-3974

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,304.70

---

**3.69**

Nonpriority creditor's name and mailing address
Gilbertie's Herb Gardens
6 Adams Road
Easton, CT 06612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,835.00

---

**3.70**

Nonpriority creditor's name and mailing address
Giorgio Fresh Company
PO Box 891368
Philadelphia, PA 19101-1368

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$29,723.37

---

**3.71**

Nonpriority creditor's name and mailing address
Goodness Gardens Inc.
PO Box 136
Fire Island, NY 11782-0136

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$54,599.50

---

**3.72**

Nonpriority creditor's name and mailing address
Gotham Greens Farms LLC
810 Humboldt Street
Brooklyn, NY 11222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$54,179.23

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,899.80 |
|---|---|---|---|

Gourmet Boutique LLC
PO Box 11518
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,289.70 |
|---|---|---|---|

Gourmet Foods International
29205 Network Place
Chicago, IL 60673-1292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

GP Design Inc.
8 Haynes Creek Lane
Medford, NJ 08055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,195.65 |
|---|---|---|---|

Grafton Vill. Chs. Co. Inc.
400 Linden St
Brattleboro, VT 05301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,568.56 |
|---|---|---|---|

Groezinger Provisions Inc.
1200 7th Ave.
Neptune, NJ 07753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.02 |
|---|---|---|---|

H. Vanzo Knife Services, Inc.
P.O. Box 335
Croton Falls, NY 10519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,495.00 |
|---|---|---|---|

Hampton Farms
PO Box 149
Severn, NC 27877-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | $108.60 |
| | Hampton Inn Westport | |
| | 53 Old Bedford Road | |
| | Westport, MA 02790 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | $42.25 |
| | Hartford Flowers | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address** | $78,587.00 |
| | Hearty Acquisition LLC | |
| | Attn: Anthony Mular | |
| | 7444 W. Wilson Ave | |
| | Harwood Heights, IL 60706 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address** | $1,929.60 |
| | Hollandia Produce | |
| | PO Box 1327 | |
| | Carpinteria, CA 93014 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.84** | **Nonpriority creditor's name and mailing address** | $4,305.60 |
| | House Foods America Corp. | |
| | 7351 Orangewood Ave | |
| | Garden Grove, CA 92841 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.85** | **Nonpriority creditor's name and mailing address** | $18,564.00 |
| | Hudson River Fruit Dist. | |
| | 65 Old Indian Road | |
| | Milton, NY 12547 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.86** | **Nonpriority creditor's name and mailing address** | $66.00 |
| | IBM Corporation | |
| | PO Box 643600 | |
| | Pittsburgh, PA 15264-3600 | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address**
IBT Local 863 Retirement Sav Plan
209 Summit Road
Mountainside, NJ 07092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$5,534.10

---

**3.88** | **Nonpriority creditor's name and mailing address**
IEH Labories & Consulting
15300 Bothell Way NE
Lake Forest Park, WA 98155

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$503.00

---

**3.89** | **Nonpriority creditor's name and mailing address**
Impulse Courier Service, Inc.
628 Route 10 West
Whippany, NJ 07981

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,243.74

---

**3.90** | **Nonpriority creditor's name and mailing address**
Industrial Labeling System, Inc.
50 Kulick Road
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,407.73

---

**3.91** | **Nonpriority creditor's name and mailing address**
Intac Actuarial Services, Inc.
PO Box 55970
Boston, MA 02205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,750.00

---

**3.92** | **Nonpriority creditor's name and mailing address**
International Delicacies Inc.
2100-F Atlas Road
Richmond, CA 94806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,421.00

---

**3.93** | **Nonpriority creditor's name and mailing address**
IPFS Corporation
3522 Thomasville Road
Suite 400
Tallahassee, FL 32309

**Date(s) debt was incurred** 6/29/23

**Last 4 digits of account number** 4706

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$23,521.74

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.22 |
|---|---|---|---|

**3.94**

Nonpriority creditor's name and mailing address
IWS of NJ, Inc.
PO Box 554744
Detroit, MI 48228-4744

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,134.22

---

**3.95**

Nonpriority creditor's name and mailing address
Jianlie Yu
16339 25th Dr.
Flushing, NY 11358

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _lawsuit, Index No. 726723/2023_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.96**

Nonpriority creditor's name and mailing address
John WM Macy's Cheesestks
80 Kipp Avenue
Elmwood Park, NJ 07407

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$8,783.52

---

**3.97**

Nonpriority creditor's name and mailing address
Jose Troya
12 Salem Lane
Selden, NY 11784

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$91.00

---

**3.98**

Nonpriority creditor's name and mailing address
K.W. Rastall, LLC
PO Box 536782
Pittsburgh, PA 15212-5909

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$32,302.99

---

**3.99**

Nonpriority creditor's name and mailing address
KCG Energy Management LLC
70 Pine Brook Road
Towaco, NJ 07082

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$43,310.83

---

**3.100**

Nonpriority creditor's name and mailing address
Kenneth P. Traum, Esq.
325 Claremont Ave., Unit 2
Montclair, NJ 07042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,975.00

---

| Debtor | RLB Food Distributors LP | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,104.80**

Kept Companies, Inc.
PO Box 36014
Newark, NJ 07101-6014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,750.00**

Key UDC
PO Box 810425
Boca Raton, FL 33481-0425

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,578.25**

La Pasta, Inc.
2727 Pittman Drive
Silver Spring, MD 20910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,315.23**

LGS Specialty Sales Ltd.
1 Radisson Plaza
10th Floor, Suite 1022
New Rochelle, NY 10801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,400.80**

Lilly's Wholesale
367C Bay Shore Road
Deer Park, NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96,977.70**

Lioni Latticini, Inc.
555 Lehigh Ave
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,223.72**

Little Leaf Farms, LLC
PO Box 2069
Devens, MA 01434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,460.54**

Local  863 Pension
209 Summit Road
Mountainside, NJ 07092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,010.00**

Local 863 Welfare
209 Summit Road
Mountainside, NJ 07092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67,197.68**

Longview Trading Inc.
c/o Signature Bank
100 Jericho Quad, Suite 12
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,247.40**

Love Beets USA LLC
1100 East Hector Street
Suite 323
Conshohocken, PA 19428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,290.00**

Macro Vegetarian
12 South Middlesex Ave.
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,264.33**

Maplebrook Farm Mt. Mozza
441 Water St.
North Bennington, VT 05257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139,342.00**

Mastronardi Produce Ltd
PO Box 71227
Chicago, IL 60601-1227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,190.24 |
|---|---|---|---|

Maurice A. Auerbach Inc.
117 Seaview Drive
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,842.50 |
|---|---|---|---|

MB Imports, Inc.
777 Passaic Ave., Suite 499
Clifton, NJ 07012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.91 |
|---|---|---|---|

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,992.18 |
|---|---|---|---|

Melissa's/World Variet Produce
PO Box 514599
p, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,245.47 |
|---|---|---|---|

Miatech Inc.
9480 SE Lawnfield Road
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.00 |
|---|---|---|---|

Mountainside Medical Group
PO Box 5257
New York, NY 10150-5257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $687.50 |
|---|---|---|---|

N.J. Motor Truck Association
160 Tices Lane
Public Education Committee
East Brunswick, NJ 08816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122** | **Nonpriority creditor's name and mailing address**
Natalie's Orchid Island Juice
330 North US Highway One
Fort Pierce, FL 34950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$34,345.07

---

**3.123** | **Nonpriority creditor's name and mailing address**
Nature Sweet, Ltd.
39245 Treasury Center
Chicago, IL 60694-9200

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$24,825.60

---

**3.124** | **Nonpriority creditor's name and mailing address**
Natures Way Farms, Inc.
7795 Suttontown Road
Faison, NC 28341

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,825.00

---

**3.125** | **Nonpriority creditor's name and mailing address**
Natureseal, Inc.
PO Box 73495
Cleveland, OH 44193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,194.23

---

**3.126** | **Nonpriority creditor's name and mailing address**
Nodine's Smokehouse, Inc.
65 Fowler Ave
Torrington, CT 06790

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$18,069.43

---

**3.127** | **Nonpriority creditor's name and mailing address**
Northeast Personnel Service
132 Shawnee Path
Millington, NJ 07946

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$570.00

---

**3.128** | **Nonpriority creditor's name and mailing address**
NYC Dept of Finance
PO Box 3213
Church Street Station
New York, NY 10242-0323

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address**
Oishii Farm Corporation
101 Linden Avenue E.
Jersey City, NJ 07305

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$12,264.00

---

**3.130** | **Nonpriority creditor's name and mailing address**
Omnitracs LLC
File No. 54210
Los Angeles, CA 90074-4210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$474.76

---

**3.131** | **Nonpriority creditor's name and mailing address**
Onofrio's Ultimate Foods
35 Wheeler St
New Haven, CT 06512

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,744.84

---

**3.132** | **Nonpriority creditor's name and mailing address**
Operating Enhancements LLC
31 Woodmere Drive
Summit, NJ 07901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$480.00

---

**3.133** | **Nonpriority creditor's name and mailing address**
Organicgirl
PO Box 207179
Dallas, TX 75260-7179

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$32,680.56

---

**3.134** | **Nonpriority creditor's name and mailing address**
Orinoco Coffee and Tea
8265 Patuxent Range Road
Suite L
Jessup, MD 20794

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$12,309.10

---

**3.135** | **Nonpriority creditor's name and mailing address**
Oscar Aguilar

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,001.50**

Paige Packaging, Inc.
1 Paul Kohner Place
Elmwood Park, NJ 07407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,953.50**

Panorama Produce Sales
933 Mamaroneck Ave.
Suite 201
Mamaroneck, NY 10543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,927.34**

Paris Gourmet, Inc.
145 Grand St.
Carlstadt, NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,856.34**

Parmacotto LLC
250 Moonachie Road
Suite 201
Moonachie, NJ 07074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,764.00**

Paterson Pickle Co., Inc.
285 Fourth Ave
Paterson, NJ 07514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,304.12**

Patriot Pickle
20 Edison Drive
Wayne, NJ 07470

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,155.81**

Penske Truck Leasing Co.
PO Box 827360
Philadelphia, PA 19182-7360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,916.19

Pero Family Farms Food Co, LLC
14095 State Road 7
Delray Beach, FL 33446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,872.40

POM Wonderful LLC
PO Box 841485
Los Angeles, CA 90064-1485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,054.25

Potandon Produce
Dept. CH 16756
Palatine, IL 60055-6756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,002.34

PSE&G
PO Box 14444
New Brunswick, NJ 08906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility Bills

**Last 4 digits of account number** 4801

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,111.56

PSE&G
PO Box 14444
New Brunswick, NJ 08906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility Bills

**Last 4 digits of account number** 2218

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00

Quadient Inc.
Dept. 3689
PO Box 123689
Dallas, TX 75312-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,458.77

Quikteks LLC
373 E. Route 46 West
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,120.00
Racioppi's Taralles Inc.
169 Bloomfield Ave
Bloomfield, NJ 07003
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,278.08
Ready Pac Produce, Inc.
PO Box 102847
Pasadena, CA 91106-2847
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,659.90
Roadnet Technologies, Inc.
PO Box 840720
Dallas, TX 75284-0720
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $272.21
Russell Reid
PO Box 735008
Dallas, TX 75260
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105,081.50
S Katzman Produce Inc.
213 Row B
NYC Terminal Market
Bronx, NY 10474
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,687.62
Saputo Cheese USA Inc.
2515 Collection Center Dr
Chicago, IL 60693
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $303,629.80
Sbrocco International, Inc.
20000 Horizon Way
Suite 750
Mount Laurel, NJ 08054
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    RLB Food Distributors LP
_____
Name

Case number *(if known)* _____

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,637.46 |

Schaller and Weber
64 Rye Avenue
Staten Island, NY 10312

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $383.85 |

Sensitech Inc.
PO Box 742000
Los Angeles, CA 90074-2000

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |

Smentkowski Farms
PO Box 7091
Monroe Township, NJ 08831

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,635.00 |

Smolin Lupin & Co.
165 Passaic Avenue
Fairfield, NJ 07004

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,386.54 |

Somerdale International, Ltd.
PO Box 845123
Boston, MA 02284-5123

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $216,181.00 |

Sonoma Produce Co.
PO Box 2525
Santa Rosa, CA 95405

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $359.77 |

Spectrotel
PO Box 52446
Newark, NJ 07101-0227

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119,089.48**

Spring Glen Fresh Foods, Inc.
PO Box 334
Hanover, PA 17331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **$6,703.35**

Staff Management Group LLC
314 Campus Drive
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **$41,380.75**

State Garden, Inc.
240 2nd Street
Chelsea, MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **$110,154.20**

Stemilt Growers LLC
32268 Collection Center Dr
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **$2,580.22**

Stickel Packaging Supply
1991 Rutgers Univ. Blvd.
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **$2,641.00**

Stickel Packing Supply
1991 Rutgers Univ. Blvd.
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **$1,018.37**

Supherb Farms
PO Box 7739
Los Angeles, CA 90007-7739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,034.69

Sysco Food Services of Metro New York
20 Theodore Conrad Drive
Jersey City, NJ 07305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.99

T. Marzetti
Dept. L 818
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,103.30

T.J. Pupillo, Inc.
PO Box 51020
Mainland, PA 19451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,710.75

T.J. Pupillo, Inc.
PO Box 51020
Mainland, PA 19451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,405.65

T.J. Pupillo, Inc.
PO Box 51020
Mainland, PA 19451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86,923.25

Taylor Farms New Jersey, Inc.
406-A Heron Drive
Swedesboro, NJ 08085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,983.63

Taylor Farms Retail, Inc.
PO Box 742889
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,666.00 |
|---|---|---|---|

The Class Produce Group, LLC
PO Box 2003
Jessup, MD 20794-2003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

The Fruitist Company
2121 Avenue of the Stars
Suite 2570
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,126.55 |
|---|---|---|---|

The Nunes Co. Inc.
PO Box 80006
Salinas, CA 93906-0006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|

The United Way of Tri-State
PO Box 1944
New York, NY 10017-1944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.93 |
|---|---|---|---|

The Wall Street Journal
PO Box 7020
Chicopee, MA 01020-7020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

Township of West Caldwell
30 Clinton Road
West Caldwell, NJ 07006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.10 |
|---|---|---|---|

Travelers Remittance Center
PO Box 660317
Dallas, TX 75266-0317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.185** | **Nonpriority creditor's name and mailing address** | | $1,364.80
TSS Facility Services, Inc.
999 Rahway Avenue
Union, NJ 07083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | | $698.70
Tulpehocken Mountain Sprng Water
4 Lincoln Drive
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | | $14,582.59
US Foods
PO Box 641871
Pittsburgh, PA 15264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | | $119.08
Verified First
PO Box 246
Spokane, WA 99210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | | $772.50
Versacomp
3185 Cherokee St. NW
Suite 400
Kennesaw, GA 30144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | | $5,969.55
Victory Box Corp.
PO Box 842
Cranford, NJ 07016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | | $569.63
W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$921.50**

W.W. Grainger, Inc.
Dept. 829939388
Palentine, IL 60938-9388

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,646.69**

Walter Stewarts Market
229 Elm Street
New Canaan, CT 06840

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254.02**

Wells Fargo Equipment Finance
Manufacturer Service Group
PO Box 7777
San Francisco, CA 94102-7777

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$344.38**

West Essex Industrial Park
c/o Cronheim Management
PO Box 268
Chatham, NJ 07928

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,048.00**

Westwood Banana Co., Inc.
109 Prospect Place
Hillsdale, NJ 07642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,566.00**

William H. Kopke Jr., Inc.
99 Seaview Blvd., Suite 320
Port Washington, NY 11050

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,077.90**

Wm. Bolthouse Farms, Inc.
7200 East Brundage Lane
Bakersfield, CA 93307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | RLB Food Distributors LP | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,977.17**

Wonder Meats, Inc.
PO Box 6522
Carlstadt, NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,290.88**

Wonderful Pistachios & Almonds
11444W Olympic Blvd. #310
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,197.00**

Wuhl Shafman
84 Lockwood Street
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,952.90**

Wuhl Shafman
84 Lockwood Street
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Basil W. Coale, Jr., Director PACA Div.<br>USDA Agricultural Marketing Service<br>100 Riverview Pkwy, Suite 101<br>Fredericksburg, VA 22406 | Line _3.137_<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | Colin M. Lynch, Esq.<br>Zazzali P.C.<br>570 Broad St., Suite 1402<br>Newark, NJ 07102 | Line _3.109_<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Vel Belushin, Esq.<br>1712 Kings Highway, Ste 2<br>Brooklyn, NY 11229 | Line _3.95_<br><br>☐ Not listed. Explain ___ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 37,500.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,895,206.85 |

Debtor    RLB Food Distributors LP
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____4,932,706.85

**Fill in this information to identify the case:**

Debtor name      RLB Food Distributors LP

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Pallet Jack lease | |
| | State the term remaining | exp. 2/2026 | Byline Financial Group |
| | List the contract number of any government contract | | Bin 88205 |
| | | | Milwaukee, WI 53288-8205 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Various leases for CTL trailers | |
| | State the term remaining | exp. 4/2024; 5/2029 | Commercial Trailer Leasing, Inc. |
| | List the contract number of any government contract | | PO Box 23465 |
| | | | New York, NY 10087-3465 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease for building at 2 Dedrick Place | |
| | State the term remaining | exp. 4/30/2028 | CPT NJ 2 Dedrick LLC |
| | List the contract number of any government contract | | c/o NAI Hanson Mgmt LLC |
| | | | 195 North St., Suite 100 |
| | | | Teterboro, NJ 07608 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | copier lease (3) | |
| | State the term remaining | exp. 7/2026 | Delage Landing Financial Services |
| | List the contract number of any government contract | | PO Box 41602 |
| | | | Philadelphia, PA 19101-1602 |

Debtor 1    RLB Food Distributors LP
           First Name          Middle Name          Last Name             Case number (*if known*)

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Various leases for Penske tractors and straight jobs

State the term remaining — exp. 9/2024; 8/2030

List the contract number of any government contract —

Penske Truck Leasing
PO Box 827380
Philadelphia, PA 19182-7380

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Forklift with battery and charger lease

State the term remaining — exp. 5/2025

List the contract number of any government contract —

Wells Fargo Equipment Finance
Manufacturer Service Group
PO Box 7777
San Francisco, CA 94102-7777

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Scrubber lease

State the term remaining — exp. 3/2027

List the contract number of any government contract —

Wells Fargo Equipment Finance
Manufacturer Service Group
PO Box 7777
San Francisco, CA 94102-7777

---

**Fill in this information to identify the case:**

Debtor name _____RLB Food Distributors LP_____

United States Bankruptcy Court for the: _____DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Floyd Avillo | 16 Friar Lane<br>Clifton, NJ 07013 | Columbia Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Pat Mele III | 19 Baker Ave<br>Berkeley Heights, NJ 07922 | Columbia Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    RLB Food Distributors LP

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $5,515,442.00 |
| For prior year:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $74,328,337.00 |
| For year before that:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $83,123,277.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    RLB Food Distributors LP _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. SEE ATTACHED RIDER | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Pat Mele III<br>19 Baker Ave<br>Berkeley Heights, NJ 07922<br>Exec. VP, CFO | Payroll 2023 | $280,599.00 | Salary and additional compensation |
| 4.2. Pat Mele III<br>19 Baker Ave<br>Berkeley Heights, NJ 07922<br>Exec VP, CFO | Payroll to 2/1/2024 | $30,946.00 | Salary and additional compensation |
| 4.3. Floyd Avillo<br>16 Friar Lane<br>Clifton, NJ 07013<br>President | Payroll 2023 | $278,499.00 | Salary and additional compensation |
| 4.4. Floyd Avillo<br>16 Friar Lane<br>Clifton, NJ 07013<br>President | Payroll to 2/1/2024 | $32,146.00 | Salary and additional compensation |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    RLB Food Distributors LP _____    Case number *(if known)* _____

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Jianlie Yu v. Raymond Charles Price, RLB Food Distributors LP dba FreshPro Food Distributors and Penske Truck Leasing Co.<br>Index No. 726723/2023 | Personal Injury | Supreme Court of the State of New York<br>Queens County<br>88-11 Sutphin Blvd<br>Queens, NY 11435 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Jeffrey Merrick v. Penske Truck Leasing Co LP, RLB Food Distributors LP dba FreshPro Food Distributors and Mike Green<br>Case ID: 210402111 | Personal Injury | County of Common Pleas Philadelphia County<br>1400 John F. Kenney Blvd.<br>Philadelphia, PA 19107 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    RLB Food Distributors LP _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | GENOVA BURNS LLC 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | Attorney retainer and filing fee | 2/13/2024 | $76,738.00 |
| | **Email or website address** dclarke@genovaburns.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 149 Dutch Lane Fairfield, NJ 07004 | 12/2013-12/2021 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    RLB Food Distributors LP _____    Case number *(if known)* _____

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

    > ☐ No Go to Part 10.
    > ☑ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | FreshPro Food Distributors 401k Plan | EIN:  22-2809612 |

    > Has the plan been terminated?
    > ☑ No
    > ☐ Yes

    > ☐ No Go to Part 10.
    > ☑ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | RLB Employees Pension Plan & Trust | EIN:  22-2809612 |

    > Has the plan been terminated?
    > ☐ No
    > ☑ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

---

Debtor    RLB Food Distributors LP                                          Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Access Corp<br>PO Box 782998<br>Philadelphia, PA 19178 | Debtor | storage boxes of accounting files and reports | ■ No<br>☐ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    RLB Food Distributors LP    _____    Case number *(if known)*    _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Smolin Lupin & Co.<br>165 Passaic Avenue<br>Fairfield, NJ 07004 | last 2 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Smolin Lupin & Co.<br>165 Passaic Avenue<br>Fairfield, NJ 07004 | last 2 years |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | RLB Food Distributors LP<br>2 Dedrick Place<br>West Caldwell, NJ 07006 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Columbia Bank<br>19-01 Route 208 North<br>Fair Lawn, NJ 07410 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Martin Flores | 1/2/2024 | $1,699,217 - average cost |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor's Accounting Department<br>2 Dedrick Place<br>West Caldwell, NJ 07006 | | |

Debtor  RLB Food Distributors LP _____  Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Martin Flores | 1/11/2023 | $1,840,506 - average cost |

| Name and address of the person who has possession of inventory records |
|---|
| Debtor's Accounting Department
2 Dedrick Place
West Caldwell, NJ 07006 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pat Mele III | 19 Baker Ave
Berkeley Heights, NJ 07922 | Exec. VP, CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Floyd Avillo | 16 Friar Lane
Clifton, NJ 07013 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Teri Torack | 22 Payne Ave
Midland Park, NJ 07432 | VP, Controller | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    RLB Food Distributors LP                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| RLB Employees Pension Plan & Trust | **EIN:**   22-2809612 |
| Pension Fund of the Local Union #863, I.B.T | **EIN:**   22-2809612 |

Debtor   RLB Food Distributors LP                                          Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 28, 2024

/s/ Pat Mele III                                                 Pat Mele III
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Executive VP, CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

Rider to SOFA #3-Payments to Creditors 90 days

**Summary checks cut Nov 2023-Feb 14, 2024**

| CHECK# | DATE-PD | VEND# | VENDOR NAME | NET AMOUNT |
|---|---|---|---|---|
| 122973 | 11/2/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 9,072.00 |
| 123076 | 11/9/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 20,520.00 |
| 123111 | 11/14/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 12,044.00 |
| 123243 | 11/21/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 4,350.00 |
| 123333 | 11/28/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 8,748.00 |
| 123450 | 12/5/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 8,075.00 |
| 123598 | 12/14/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 7,110.00 |
| 123655 | 12/19/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 14,470.00 |
| 123763 | 12/26/2023 | AJPROD4 | A & J PRODUCE CORP. | $ 22,491.39 |
| 123832 | 1/2/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 20,624.00 |
| 123992 | 1/11/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 28,593.61 |
| 124105 | 1/18/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 29,812.00 |
| 124190 | 1/25/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 17,747.00 |
| 124288 | 2/1/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 5,021.00 |
| 124398 | 2/8/2024 | AJPROD4 | A & J PRODUCE CORP. | $ 55,491.00 |
| 123244 | 11/21/2023 | AJTRUC4 | A J TRUCCO INC. | $ 9,040.00 |
| 123599 | 12/14/2023 | AJTRUC4 | A J TRUCCO INC. | $ 15,051.50 |
| 123932 | 1/9/2024 | AJTRUC4 | A J TRUCCO INC. | $ 4,320.00 |
| 124416 | 2/14/2024 | AJTRUC4 | A J TRUCCO INC. | $ 2,160.00 |
| 122971 | 11/2/2023 | AGURDA4 | A. GURDA PRODUCE CO. | $ 5,844.00 |
| 123109 | 11/14/2023 | AGURDA4 | A. GURDA PRODUCE CO. | $ 8,025.00 |
| 123181 | 11/16/2023 | AGURDA4 | A. GURDA PRODUCE CO. | $ 3,461.25 |
| 123331 | 11/28/2023 | AGURDA4 | A. GURDA PRODUCE CO. | $ 7,222.50 |
| 123535 | 12/12/2023 | AGURDA4 | A. GURDA PRODUCE CO. | $ 2,941.00 |
| 123179 | 11/16/2023 | ABMARKE | ABILITY MARKET | $ 500.00 |
| 123878 | 1/4/2024 | ABMARKE | ABILITY MARKET | $ 9,750.00 |
| 124231 | 1/30/2024 | ABMARKE | ABILITY MARKET | $ 500.00 |
| 122970 | 11/2/2023 | ACTGROP | ACTION GROUP STAFFING | $ 871.53 |
| 123075 | 11/9/2023 | ACTGROP | ACTION GROUP STAFFING | $ 632.46 |
| 123180 | 11/16/2023 | ACTGROP | ACTION GROUP STAFFING | $ 642.42 |
| 123241 | 11/21/2023 | ACTGROP | ACTION GROUP STAFFING | $ 766.92 |
| 123413 | 11/30/2023 | ACTGROP | ACTION GROUP STAFFING | $ 727.08 |
| 123497 | 12/7/2023 | ACTGROP | ACTION GROUP STAFFING | $ 879.00 |
| 123597 | 12/14/2023 | ACTGROP | ACTION GROUP STAFFING | $ 313.74 |
| 123809 | 12/28/2023 | ACTGROP | ACTION GROUP STAFFING | $ 1,444.20 |
| 123879 | 1/4/2024 | ACTGROP | ACTION GROUP STAFFING | $ 717.12 |
| 123989 | 1/11/2024 | ACTGROP | ACTION GROUP STAFFING | $ 717.12 |
| 124104 | 1/18/2024 | ACTGROP | ACTION GROUP STAFFING | $ 751.98 |
| 124189 | 1/25/2024 | ACTGROP | ACTION GROUP STAFFING | $ 677.23 |
| 124286 | 2/1/2024 | ACTGROP | ACTION GROUP STAFFING | $ 762.55 |
| 124395 | 2/8/2024 | ACTGROP | ACTION GROUP STAFFING | $ 762.55 |
| 124103 | 1/18/2024 | ACPLUMB | ACTION PLUMBING LLC | $ 656.36 |
| 124285 | 2/1/2024 | ACPLUMB | ACTION PLUMBING LLC | $ 997.93 |
| 123029 | 11/7/2023 | AFLAC00 | AFLAC | $ 1,902.48 |
| 123498 | 12/7/2023 | AFLAC00 | AFLAC | $ 1,902.48 |
| 123930 | 1/9/2024 | AFLAC00 | AFLAC | $ 2,378.10 |
| 124396 | 2/8/2024 | AFLAC00 | AFLAC | $ 1,902.48 |
| 123991 | 1/11/2024 | AJJERSE | AJ JERSEY, INC | $ 494.78 |
| 124044 | 1/16/2024 | AJJERSE | AJ JERSEY, INC | $ 2,713.31 |
| 124233 | 1/30/2024 | AJJERSE | AJ JERSEY, INC | $ 1,024.27 |
| 124287 | 2/1/2024 | AJJERSE | AJ JERSEY, INC | $ 2,079.25 |
| 122918 | 10/31/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 16,080.00 |
| 122972 | 11/2/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 15,600.00 |
| 123030 | 11/7/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 15,600.00 |
| 123110 | 11/14/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 49,053.00 |
| 123242 | 11/21/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 28,506.00 |
| 123332 | 11/28/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 34,698.00 |
| 123449 | 12/5/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 13,890.00 |
| 123536 | 12/12/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 24,360.00 |
| 123654 | 12/19/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 13,566.00 |
| 123762 | 12/26/2023 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 22,916.00 |
| 123831 | 1/2/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 15,036.00 |
| 123880 | 1/4/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 7,446.00 |
| 123931 | 1/9/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 17,112.00 |
| 123990 | 1/11/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 2,980.00 |
| 124043 | 1/16/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 22,709.00 |
| 124232 | 1/30/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 22,458.00 |
| 124326 | 2/6/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 15,702.00 |
| 124397 | 2/8/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ 19,944.00 |

| 124415 | 2/14/2024 | AJIMPO4 | AJ TRUCCO INC. IMPORT | $ | 14,797.50 |
|---|---|---|---|---|---|
| 123245 | 11/21/2023 | ALTRANS | ALL TRANSPORT CONSULTI | $ | 2,252.50 |
| 123600 | 12/14/2023 | ALTRANS | ALL TRANSPORT CONSULTI | $ | 2,592.50 |
| 124145 | 1/23/2024 | ALTRANS | ALL TRANSPORT CONSULTI | $ | 1,827.50 |
| 124328 | 2/6/2024 | ALTRANS | ALL TRANSPORT CONSULTI | $ | 2,635.00 |
| 122974 | 11/2/2023 | ALRETAI | ALLEGIANCE RETAIL SERV | $ | 25,126.57 |
| 124327 | 2/6/2024 | ALRETAI | ALLEGIANCE RETAIL SERV | $ | 28,908.08 |
| 123499 | 12/7/2023 | ALPRINT | ALLIED PRINTING & GRAP | $ | 147.14 |
| 009824 | 11/24/2023 | AMEXPRE | AMERICAN EXPRESS, INC. | $ | 38,289.77 |
| 009951 | 12/29/2023 | AMEXPRE | AMERICAN EXPRESS, INC. | $ | 33,381.49 |
| 010042 | 1/26/2024 | AMEXPRE | AMERICAN EXPRESS, INC. | $ | 47,347.75 |
| 122975 | 11/2/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123077 | 11/9/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123182 | 11/16/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123246 | 11/21/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123334 | 11/28/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123500 | 12/7/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123601 | 12/14/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123722 | 12/21/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123810 | 12/28/2023 | AMERWEA | AMERICAN WEAR INC. | $ | 656.29 |
| 123882 | 1/4/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 666.79 |
| 123993 | 1/11/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 128.41 |
| 124106 | 1/18/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 1,208.11 |
| 124191 | 1/25/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 669.73 |
| 124289 | 2/1/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 669.73 |
| 124399 | 2/8/2024 | AMERWEA | AMERICAN WEAR INC. | $ | 669.73 |
| 122976 | 11/2/2023 | ARFOOD4 | ARK FOODS LLC | $ | 1,576.00 |
| 123113 | 11/14/2023 | ARFOOD4 | ARK FOODS LLC | $ | 1,711.00 |
| 123335 | 11/28/2023 | ARFOOD4 | ARK FOODS LLC | $ | 2,246.00 |
| 123602 | 12/14/2023 | ARFOOD4 | ARK FOODS LLC | $ | 1,326.00 |
| 123657 | 12/19/2023 | ARFOOD4 | ARK FOODS LLC | $ | 1,656.00 |
| 123764 | 12/26/2023 | ARFOOD4 | ARK FOODS LLC | $ | 1,746.00 |
| 124107 | 1/18/2024 | ARFOOD4 | ARK FOODS LLC | $ | 2,166.00 |
| 124234 | 1/30/2024 | ARFOOD4 | ARK FOODS LLC | $ | 1,176.00 |
| 123336 | 11/28/2023 | ARFOOD5 | ARLA FOODS, INC. | $ | 2,156.00 |
| 123658 | 12/19/2023 | ARFOOD5 | ARLA FOODS, INC. | $ | 2,826.30 |
| 124290 | 2/1/2024 | ARFOOD5 | ARLA FOODS, INC. | $ | 1,969.94 |
| 122977 | 11/2/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 3,307.85 |
| 123078 | 11/9/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 885.97 |
| 123183 | 11/16/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 184.66 |
| 123247 | 11/21/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 691.04 |
| 123337 | 11/28/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 1,275.88 |
| 123501 | 12/7/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 1,960.75 |
| 123537 | 12/12/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 881.20 |
| 123659 | 12/19/2023 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 1,808.30 |
| 123833 | 1/2/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 5,341.57 |
| 123883 | 1/4/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 1,687.50 |
| 123994 | 1/11/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 1,486.65 |
| 124108 | 1/18/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 2,162.55 |
| 124192 | 1/25/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 3,328.36 |
| 124291 | 2/1/2024 | ARSCHU5 | ARTHUR SCHUMAN, INC | $ | 3,468.19 |
| 123248 | 11/21/2023 | ATCORP5 | ATALANTA CORPORATION | $ | 5,452.46 |
| 123724 | 12/21/2023 | ATCORP5 | ATALANTA CORPORATION | $ | 6,606.68 |
| 123995 | 1/11/2024 | ATCORP5 | ATALANTA CORPORATION | $ | 7,741.76 |
| 124235 | 1/30/2024 | ATCORP5 | ATALANTA CORPORATION | $ | 6,079.76 |
| 123114 | 11/14/2023 | BEBANA4 | BEDWAY'S BANANA BOAT | $ | 14,840.00 |
| 123249 | 11/21/2023 | BECORP5 | BERTOZZI OF AMERICA | $ | 8,245.04 |
| 123834 | 1/2/2024 | BECORP5 | BERTOZZI OF AMERICA | $ | 8,359.55 |
| 124109 | 1/18/2024 | BECORP5 | BERTOZZI OF AMERICA | $ | 2,040.00 |
| 122919 | 10/31/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 15,770.75 |
| 122978 | 11/2/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,448.75 |
| 123031 | 11/7/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 15,114.00 |
| 123079 | 11/9/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 15,269.25 |
| 123115 | 11/14/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 15,635.50 |
| 123184 | 11/16/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,777.25 |
| 123250 | 11/21/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 15,315.75 |
| 123339 | 11/28/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 14,576.75 |
| 123414 | 11/30/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 31,337.00 |
| 123451 | 12/5/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 17,309.25 |
| 123503 | 12/7/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 25,312.75 |
| 123538 | 12/12/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 34,290.00 |
| 123603 | 12/14/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 19,256.25 |
| 123660 | 12/19/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 14,668.75 |
| 123725 | 12/21/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 13,397.50 |

| | | | | | |
|---|---|---|---|---|---|
| 123765 | 12/26/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,088.75 |
| 123811 | 12/28/2023 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,114.00 |
| 123835 | 1/2/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,295.25 |
| 123884 | 1/4/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,480.50 |
| 123935 | 1/9/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 25,387.50 |
| 123996 | 1/11/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 31,782.00 |
| 124045 | 1/16/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,950.50 |
| 124110 | 1/18/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 19,332.00 |
| 124147 | 1/23/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 12,369.00 |
| 124193 | 1/25/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 13,692.00 |
| 124236 | 1/30/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 14,065.75 |
| 124292 | 2/1/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 16,886.75 |
| 124329 | 2/6/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 13,798.00 |
| 124400 | 2/8/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 14,132.75 |
| 124477 | 2/14/2024 | BIFOOD5 | BIMMY'S FOOD MADE WITH | $ | 6,028.75 |
| 122920 | 10/31/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 29,105.34 |
| 123032 | 11/7/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 29,790.50 |
| 123081 | 11/9/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 10,645.73 |
| 123116 | 11/14/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 26,819.00 |
| 123185 | 11/16/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 42,636.95 |
| 123251 | 11/21/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 81,446.92 |
| 123340 | 11/28/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 32,422.87 |
| 123415 | 11/30/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 61,056.36 |
| 123452 | 12/5/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 30,208.22 |
| 123504 | 12/7/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 52,003.30 |
| 123539 | 12/12/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 38,864.33 |
| 123604 | 12/14/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 37,186.95 |
| 123661 | 12/19/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 57,911.85 |
| 123726 | 12/21/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 12,232.80 |
| 123766 | 12/26/2023 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 59,146.94 |
| 123836 | 1/2/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 23,566.04 |
| 123885 | 1/4/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 26,739.45 |
| 123936 | 1/9/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 36,051.15 |
| 123997 | 1/11/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 23,997.40 |
| 124046 | 1/16/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 12,923.82 |
| 124111 | 1/18/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 47,546.10 |
| 124148 | 1/23/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 34,391.15 |
| 124237 | 1/30/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 20,357.43 |
| 124293 | 2/1/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 29,841.35 |
| 124330 | 2/6/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 53,929.70 |
| 124418 | 2/14/2024 | BLSEAF5 | BLOUNT SEAFOOD CORP | $ | 17,766.75 |
| 123252 | 11/21/2023 | BRCOUNT | BROOKLAKE COUNTRY CLUB | $ | 392.65 |
| 123767 | 12/26/2023 | BRCOUNT | BROOKLAKE COUNTRY CLUB | $ | 9,966.63 |
| 124149 | 1/23/2024 | BRCOUNT | BROOKLAKE COUNTRY CLUB | $ | 9,966.63 |
| 122921 | 10/31/2023 | BUGRO13 | BUNZL | $ | 14,340.84 |
| 123033 | 11/7/2023 | BUGRO13 | BUNZL | $ | 2,952.35 |
| 123034 | 11/7/2023 | BUGROSS | BUNZL | $ | 149.00 |
| 123118 | 11/14/2023 | BUGRO13 | BUNZL | $ | 16,107.57 |
| 123255 | 11/21/2023 | BUGRO13 | BUNZL | $ | 13,585.87 |
| 123342 | 11/28/2023 | BUGRO13 | BUNZL | $ | 25,829.82 |
| 123505 | 12/7/2023 | BUGRO13 | BUNZL | $ | 20,221.23 |
| 123542 | 12/12/2023 | BUGRO13 | BUNZL | $ | 28,961.40 |
| 123662 | 12/19/2023 | BUGRO13 | BUNZL | $ | 10,636.70 |
| 123768 | 12/26/2023 | BUGRO13 | BUNZL | $ | 24,695.84 |
| 123938 | 1/9/2024 | BUGRO13 | BUNZL | $ | 9,945.65 |
| 123998 | 1/11/2024 | BUGRO13 | BUNZL | $ | 6,352.50 |
| 124047 | 1/16/2024 | BUGROSS | BUNZL | $ | 1,327.76 |
| 124112 | 1/18/2024 | BUGRO13 | BUNZL | $ | 19,434.20 |
| 124194 | 1/25/2024 | BUGRO13 | BUNZL | $ | 8,209.76 |
| 124238 | 1/30/2024 | BUGRO13 | BUNZL | $ | 13,164.61 |
| 124295 | 2/1/2024 | BUGRO13 | BUNZL | $ | 5,161.92 |
| 124331 | 2/6/2024 | BUGRO13 | BUNZL | $ | 1,201.68 |
| 123254 | 11/21/2023 | BUFOOD5 | BUSSETO FOODS | $ | 7,083.60 |
| 124150 | 1/23/2024 | BUFOOD5 | BUSSETO FOODS | $ | 4,735.45 |
| 124294 | 2/1/2024 | BUFOOD5 | BUSSETO FOODS | $ | 2,205.00 |
| 122979 | 11/2/2023 | CASPIC5 | CAFE SPICE LLC | $ | 5,639.86 |
| 123083 | 11/9/2023 | CASPIC5 | CAFE SPICE LLC | $ | 4,541.06 |
| 123186 | 11/16/2023 | CASPIC5 | CAFE SPICE LLC | $ | 4,812.80 |
| 123256 | 11/21/2023 | CASPIC5 | CAFE SPICE LLC | $ | 3,942.38 |
| 123416 | 11/30/2023 | CASPIC5 | CAFE SPICE LLC | $ | 4,610.52 |
| 123506 | 12/7/2023 | CASPIC5 | CAFE SPICE LLC | $ | 6,054.52 |
| 123605 | 12/14/2023 | CASPIC5 | CAFE SPICE LLC | $ | 5,646.10 |
| 123727 | 12/21/2023 | CASPIC5 | CAFE SPICE LLC | $ | 3,696.70 |
| 123837 | 1/2/2024 | CASPIC5 | CAFE SPICE LLC | $ | 4,127.54 |

| | | | | | |
|---|---|---|---|---|---|
| 123939 | 1/9/2024 | CASPIC5 | CAFE SPICE LLC | $ | 3,662.40 |
| 124048 | 1/16/2024 | CASPIC5 | CAFE SPICE LLC | $ | 4,811.34 |
| 124152 | 1/23/2024 | CASPIC5 | CAFE SPICE LLC | $ | 4,417.68 |
| 124239 | 1/30/2024 | CASPIC5 | CAFE SPICE LLC | $ | 4,647.04 |
| 124333 | 2/6/2024 | CASPIC5 | CAFE SPICE LLC | $ | 3,904.48 |
| 124151 | 1/23/2024 | CAGROW4 | CALAVO GROWERS, INC | $ | 14,014.00 |
| 124332 | 2/6/2024 | CAGROW4 | CALAVO GROWERS, INC | $ | 14,696.00 |
| 124419 | 2/14/2024 | CAGROW4 | CALAVO GROWERS, INC | $ | 9,958.00 |
| 122980 | 11/2/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123084 | 11/9/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123187 | 11/16/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123258 | 11/21/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123417 | 11/30/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123507 | 12/7/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123606 | 12/14/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,372.31 |
| 123728 | 12/21/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123812 | 12/28/2023 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 123887 | 1/4/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 124000 | 1/11/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 124113 | 1/18/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 124196 | 1/25/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,253.54 |
| 124296 | 2/1/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,304.18 |
| 124402 | 2/8/2024 | CBSOLUT | CBM SOLUTIONS LLC | $ | 1,304.18 |
| 123813 | 12/28/2023 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 3,812.54 |
| 123838 | 1/2/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 3,815.88 |
| 123889 | 1/4/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,123.76 |
| 124002 | 1/11/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,314.00 |
| 124115 | 1/18/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,457.51 |
| 124197 | 1/25/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,948.13 |
| 124241 | 1/30/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 1,691.00 |
| 124403 | 2/8/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,143.79 |
| 124420 | 2/14/2024 | CIDRIVE | CENTERLINE DRIVERS, LL | $ | 2,143.79 |
| 123119 | 11/14/2023 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,436.48 |
| 123259 | 11/21/2023 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,228.92 |
| 123508 | 12/7/2023 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 396.75 |
| 123607 | 12/14/2023 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,700.42 |
| 123888 | 1/4/2024 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,834.55 |
| 124001 | 1/11/2024 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,286.57 |
| 124114 | 1/18/2024 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,267.57 |
| 124240 | 1/30/2024 | CHWARE5 | CHEF'S WAREHOUSE C/O D | $ | 1,365.63 |
| 009700 | 10/30/2023 | CHOBAN5 | CHOBANI, LLC | $ | 18,270.72 |
| 009727 | 11/6/2023 | CHOBAN5 | CHOBANI, LLC | $ | 27,474.72 |
| 009750 | 11/13/2023 | CHOBAN5 | CHOBANI, LLC | $ | 18,270.72 |
| 009771 | 11/20/2023 | CHOBAN5 | CHOBANI, LLC | $ | 20,111.52 |
| 009808 | 11/28/2023 | CHOBAN5 | CHOBANI, LLC | $ | 38,365.20 |
| 009844 | 12/4/2023 | CHOBAN5 | CHOBANI, LLC | $ | 25,633.92 |
| 009867 | 12/11/2023 | CHOBAN5 | CHOBANI, LLC | $ | 18,270.72 |
| 009896 | 12/18/2023 | CHOBAN5 | CHOBANI, LLC | $ | 18,202.08 |
| 009919 | 12/26/2023 | CHOBAN5 | CHOBANI, LLC | $ | 18,408.00 |
| 009968 | 1/8/2024 | CHOBAN5 | CHOBANI, LLC | $ | 29,246.88 |
| 009992 | 1/16/2024 | CHOBAN5 | CHOBANI, LLC | $ | 18,645.12 |
| 010015 | 1/22/2024 | CHOBAN5 | CHOBANI, LLC | $ | 18,270.72 |
| 010062 | 2/5/2024 | CHOBAN5 | CHOBANI, LLC | $ | 18,339.36 |
| 010088 | 2/12/2024 | CHOBAN5 | CHOBANI, LLC | $ | 18,270.72 |
| 123120 | 11/14/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 4,242.15 |
| 123188 | 11/16/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 3,940.20 |
| 123343 | 11/28/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 4,673.40 |
| 123509 | 12/7/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 3,668.40 |
| 123729 | 12/21/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 5,406.45 |
| 123769 | 12/26/2023 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 2,842.20 |
| 123839 | 1/2/2024 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 5,168.40 |
| 123940 | 1/9/2024 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 4,838.42 |
| 124049 | 1/16/2024 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 3,496.90 |
| 124334 | 2/6/2024 | CIUSAC5 | CITTERIO USA CORPORATI | $ | 1,645.80 |
| 123344 | 11/28/2023 | COCHEE5 | COLUMBIA CHEESE | $ | 15,021.66 |
| 124153 | 1/23/2024 | COCHEE5 | COLUMBIA CHEESE | $ | 23,564.17 |
| 122923 | 10/31/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 21,280.78 |
| 123121 | 11/14/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 330.45 |
| 123189 | 11/16/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 1,782.46 |
| 123261 | 11/21/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 2,741.14 |
| 123346 | 11/28/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 19,034.27 |
| 123545 | 12/12/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 2,376.23 |
| 123770 | 12/26/2023 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 830.64 |
| 123840 | 1/2/2024 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 24,794.79 |

| | | | | | |
|---|---|---|---|---|---|
| 123941 | 1/9/2024 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 1,421.02 |
| 124052 | 1/16/2024 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 3,056.68 |
| 124198 | 1/25/2024 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 20,922.48 |
| 124336 | 2/6/2024 | COMTRAI | COMMERCIAL TRAILER LEA | $ | 1,550.72 |
| 123035 | 11/7/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 6,687.35 |
| 123260 | 11/21/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 6,801.20 |
| 123345 | 11/28/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 5,801.59 |
| 123418 | 11/30/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 5,262.94 |
| 123510 | 12/7/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 134.13 |
| 123663 | 12/19/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 10,927.35 |
| 123814 | 12/28/2023 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 6,861.20 |
| 124051 | 1/16/2024 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 6,332.86 |
| 124297 | 2/1/2024 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 11,771.50 |
| 124335 | 2/6/2024 | COIMPO5 | CONWAY IMPORT CO., INC | $ | 6,625.93 |
| 009732 | 11/3/2023 | CPTNJ2D | CPT NJ 2 DEDRICK, LLC | $ | 98,194.67 |
| 009850 | 12/1/2023 | CPTNJ2D | CPT NJ 2 DEDRICK, LLC | $ | 98,194.67 |
| 009976 | 1/8/2024 | CPTNJ2D | CPT NJ 2 DEDRICK, LLC | $ | 98,928.42 |
| 010068 | 2/2/2024 | CPTNJ2D | CPT NJ 2 DEDRICK, LLC | $ | 98,737.67 |
| 122981 | 11/2/2023 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 12,598.25 |
| 123453 | 12/5/2023 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 77.76 |
| 123664 | 12/19/2023 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 6,381.50 |
| 123841 | 1/2/2024 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 11,906.39 |
| 123942 | 1/9/2024 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 2,118.08 |
| 124337 | 2/6/2024 | CUBLEN4 | CUSTOM BLENDS, INC | $ | 9,625.25 |
| 124154 | 1/23/2024 | DAGRFA4 | DAN GRAIFF FARMS LLC | $ | 4,428.00 |
| 124243 | 1/30/2024 | DAGRFA4 | DAN GRAIFF FARMS LLC | $ | 4,059.00 |
| 124338 | 2/6/2024 | DAGRFA4 | DAN GRAIFF FARMS LLC | $ | 11,070.00 |
| 124421 | 2/14/2024 | DAGRFA4 | DAN GRAIFF FARMS LLC | $ | 8,856.00 |
| 122982 | 11/2/2023 | DASCHA4 | DAN SCHANTZ FARM & GRN | $ | 3,405.95 |
| 123124 | 11/14/2023 | DASCHA4 | DAN SCHANTZ FARM & GRN | $ | 3,901.90 |
| 123264 | 11/21/2023 | DASCHA4 | DAN SCHANTZ FARM & GRN | $ | 1,316.50 |
| 122983 | 11/2/2023 | DATREA5 | DANNY'S TREATS, INC. | $ | 12,037.50 |
| 123191 | 11/16/2023 | DATREA5 | DANNY'S TREATS, INC. | $ | 11,235.00 |
| 123419 | 11/30/2023 | DATREA5 | DANNY'S TREATS, INC. | $ | 12,438.75 |
| 123610 | 12/14/2023 | DATREA5 | DANNY'S TREATS, INC. | $ | 12,438.75 |
| 123843 | 1/2/2024 | DATREA5 | DANNY'S TREATS, INC. | $ | 12,037.50 |
| 124004 | 1/11/2024 | DATREA5 | DANNY'S TREATS, INC. | $ | 10,031.25 |
| 124244 | 1/30/2024 | DATREA5 | DANNY'S TREATS, INC. | $ | 10,432.50 |
| 009721 | 11/3/2023 | DANLLC5 | DANONE US LLC | $ | 8,748.24 |
| 009766 | 11/17/2023 | DANLLC5 | DANONE US LLC | $ | 2,988.06 |
| 009794 | 11/27/2023 | DANLLC5 | DANONE US LLC | $ | - |
| 009801 | 11/27/2023 | DANLLC5 | DANONE US LLC | $ | - |
| 009814 | 11/27/2023 | DANLLC5 | DANONE US LLC | $ | 3,379.28 |
| 009787 | 11/27/2023 | DANLLC5 | DANONE US LLC | $ | - |
| 009835 | 12/1/2023 | DANLLC5 | DANONE US LLC | $ | 5,259.44 |
| 009861 | 12/8/2023 | DANLLC5 | DANONE US LLC | $ | 6,359.98 |
| 009912 | 12/22/2023 | DANLLC5 | DANONE US LLC | $ | 15,034.40 |
| 009937 | 12/29/2023 | DANLLC5 | DANONE US LLC | $ | 8,395.68 |
| 010008 | 1/19/2024 | DANLLC5 | DANONE US LLC | $ | 8,591.11 |
| 010055 | 2/2/2024 | DANLLC5 | DANONE US LLC | $ | 5,046.72 |
| 010082 | 2/9/2024 | DANLLC5 | DANONE US LLC | $ | 7,058.09 |
| 122925 | 10/31/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 7,261.00 |
| 123036 | 11/7/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 15,190.00 |
| 123085 | 11/9/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 19,572.00 |
| 123122 | 11/14/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 35,589.00 |
| 123190 | 11/16/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 22,237.50 |
| 123262 | 11/21/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 20,613.00 |
| 123347 | 11/28/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 28,760.50 |
| 123454 | 12/5/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 33,060.50 |
| 123546 | 12/12/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 9,238.00 |
| 123609 | 12/14/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 32,256.50 |
| 123665 | 12/19/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 21,339.50 |
| 123771 | 12/26/2023 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 7,245.00 |
| 123842 | 1/2/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 2,066.00 |
| 123890 | 1/4/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 8,565.00 |
| 123943 | 1/9/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 10,652.00 |
| 124003 | 1/11/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 5,640.00 |
| 124053 | 1/16/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 4,514.50 |
| 124155 | 1/23/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 20,988.50 |
| 124199 | 1/25/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 2,761.50 |
| 124339 | 2/6/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 3,914.50 |
| 124422 | 2/14/2024 | DARRIB4 | D'ARRIGO BROS CO INC | $ | 4,564.50 |
| 122926 | 10/31/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 7,758.40 |
| 123037 | 11/7/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 5,684.60 |

| 123123 | 11/14/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 7,727.80 |
|---|---|---|---|---|---|
| 123263 | 11/21/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 8,247.70 |
| 123348 | 11/28/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 4,477.80 |
| 123547 | 12/12/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 5,837.20 |
| 123666 | 12/19/2023 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 4,606.40 |
| 123944 | 1/9/2024 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 5,215.40 |
| 124116 | 1/18/2024 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 11,867.05 |
| 124340 | 2/6/2024 | DARRIG4 | D'ARRIGO BROS. OF CALI | $ | 3,420.80 |
| 009733 | 11/3/2023 | DELAGEL | DE LAGE LANDEN FIN'L S | $ | 1,402.49 |
| 009875 | 12/8/2023 | DELAGEL | DE LAGE LANDEN FIN'L S | $ | 1,239.63 |
| 009977 | 1/8/2024 | DELAGEL | DE LAGE LANDEN FIN'L S | $ | 1,239.63 |
| 010069 | 2/2/2024 | DELAGEL | DE LAGE LANDEN FIN'L S | $ | 1,239.63 |
| 122985 | 11/2/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 19,386.50 |
| 123086 | 11/9/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 17,649.10 |
| 123126 | 11/14/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 17,386.60 |
| 123266 | 11/21/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 17,386.60 |
| 123350 | 11/28/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 16,006.90 |
| 123456 | 12/5/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 18,255.30 |
| 123611 | 12/14/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 17,386.60 |
| 123668 | 12/19/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 13,281.80 |
| 123773 | 12/26/2023 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 16,272.90 |
| 123845 | 1/2/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 14,028.00 |
| 124005 | 1/11/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 16,150.40 |
| 124117 | 1/18/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 17,141.60 |
| 124200 | 1/25/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 16,395.40 |
| 124342 | 2/6/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 9,702.00 |
| 124424 | 2/14/2024 | DOFRES4 | DOLE FRESH FRUIT COMPA | $ | 10,693.20 |
| 122927 | 10/31/2023 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 1,980.00 |
| 123127 | 11/14/2023 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 1,360.00 |
| 123351 | 11/28/2023 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 2,820.00 |
| 123669 | 12/19/2023 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 3,708.00 |
| 123846 | 1/2/2024 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 2,397.00 |
| 124157 | 1/23/2024 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 2,056.00 |
| 124298 | 2/1/2024 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 987.00 |
| 124425 | 2/14/2024 | DOPROD4 | DOMESTIC PRODUCE CO | $ | 2,312.00 |
| 122984 | 11/2/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,422.60 |
| 123038 | 11/7/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,659.60 |
| 123125 | 11/14/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,817.80 |
| 123265 | 11/21/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,356.25 |
| 123349 | 11/28/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,297.20 |
| 123455 | 12/5/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,335.90 |
| 123548 | 12/12/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,946.60 |
| 123667 | 12/19/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 6,854.60 |
| 123772 | 12/26/2023 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 6,567.70 |
| 123844 | 1/2/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,455.65 |
| 123945 | 1/9/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 7,070.40 |
| 124054 | 1/16/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,482.00 |
| 124156 | 1/23/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,608.65 |
| 124245 | 1/30/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 5,754.05 |
| 124341 | 2/6/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,711.40 |
| 124423 | 2/14/2024 | DOFOOD5 | DON'S FOOD PRODUCTS | $ | 4,296.10 |
| 009714 | 11/2/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 30,362.50 |
| 009738 | 11/9/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 66,708.30 |
| 009759 | 11/16/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 57,581.00 |
| 009780 | 11/24/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 56,980.90 |
| 009828 | 11/30/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 69,987.00 |
| 009854 | 12/7/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 44,382.50 |
| 009881 | 12/14/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 112,481.00 |
| 009905 | 12/21/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 110,443.00 |
| 009929 | 12/28/2023 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 93,361.50 |
| 009955 | 1/4/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 118,588.00 |
| 009981 | 1/11/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 127,334.00 |
| 010000 | 1/18/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 101,033.00 |
| 010023 | 1/25/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 97,793.00 |
| 010048 | 2/1/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 95,884.10 |
| 010074 | 2/8/2024 | DRISCO4 | DRISCOLL STRAWBERRY AS | $ | 104,792.50 |
| 124247 | 1/30/2024 | EACOAS5 | EAST COAST FRESH | $ | 12,146.82 |
| 124343 | 2/6/2024 | EACOAS5 | EAST COAST FRESH | $ | 18,568.03 |
| 124426 | 2/14/2024 | EACOAS5 | EAST COAST FRESH | $ | 8,648.29 |
| 122928 | 10/31/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,670.48 |
| 122987 | 11/2/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,875.45 |
| 123039 | 11/7/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,212.46 |
| 123087 | 11/9/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 12,257.39 |
| 123128 | 11/14/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 20,239.43 |

| | | | | | |
|---|---|---|---|---|---|
| 123192 | 11/16/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,214.27 |
| 123268 | 11/21/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 20,719.84 |
| 123353 | 11/28/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 11,470.10 |
| 123420 | 11/30/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,060.83 |
| 123457 | 12/5/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,155.99 |
| 123549 | 12/12/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 27,133.13 |
| 123613 | 12/14/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,850.19 |
| 123670 | 12/19/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,874.25 |
| 123731 | 12/21/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 18,902.12 |
| 123774 | 12/26/2023 | EACOAS5 | EAST COAST FRESH CUTS | $ | 9,289.71 |
| 123847 | 1/2/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 10,012.96 |
| 123891 | 1/4/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 9,977.23 |
| 123946 | 1/9/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 6,647.56 |
| 124007 | 1/11/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 9,736.65 |
| 124055 | 1/16/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 9,060.78 |
| 124118 | 1/18/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 9,691.03 |
| 124158 | 1/23/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 11,816.73 |
| 124201 | 1/25/2024 | EACOAS5 | EAST COAST FRESH CUTS | $ | 14,931.11 |
| 123129 | 11/14/2023 | EMGERB5 | EMMI ROTH USA INC | $ | 9,533.41 |
| 123671 | 12/19/2023 | EMGERB5 | EMMI ROTH USA INC | $ | 15,741.81 |
| 009825 | 11/24/2023 | EXMOBIL | EXXON MOBIL WEX | $ | 2,861.63 |
| 009925 | 12/22/2023 | EXMOBIL | EXXON MOBIL WEX | $ | 2,866.58 |
| 010043 | 1/26/2024 | EXMOBIL | EXXON MOBIL WEX | $ | 2,160.11 |
| 002717 | 11/22/2023 | EZPASSC | E-Z PASS CUSTOMER SVC. | $ | 27,000.00 |
| 002732 | 12/20/2023 | EZPASSC | E-Z PASS CUSTOMER SVC. | $ | 25,900.00 |
| 002747 | 1/15/2024 | EZPASSC | E-Z PASS CUSTOMER SVC. | $ | 27,400.00 |
| 122929 | 10/31/2023 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 11,407.50 |
| 123270 | 11/21/2023 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 15,970.50 |
| 123550 | 12/12/2023 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 13,689.00 |
| 123673 | 12/19/2023 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 13,689.00 |
| 123892 | 1/4/2024 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 11,407.50 |
| 124119 | 1/18/2024 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 15,970.50 |
| 124249 | 1/30/2024 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 18,252.00 |
| 124427 | 2/14/2024 | FIVIRG5 | FIREHOOK OF VIRGINIA, | $ | 11,407.50 |
| 009701 | 10/30/2023 | FOMATC5 | FOODMATCH,INC | $ | 8,597.89 |
| 009751 | 11/13/2023 | FOMATC5 | FOODMATCH,INC | $ | 10,081.35 |
| 009772 | 11/20/2023 | FOMATC5 | FOODMATCH,INC | $ | 12,731.55 |
| 009809 | 11/28/2023 | FOMATC5 | FOODMATCH,INC | $ | 8,973.80 |
| 009845 | 12/4/2023 | FOMATC5 | FOODMATCH,INC | $ | 13,631.92 |
| 009868 | 12/11/2023 | FOMATC5 | FOODMATCH,INC | $ | 7,516.61 |
| 009897 | 12/18/2023 | FOMATC5 | FOODMATCH,INC | $ | 13,764.50 |
| 009920 | 12/26/2023 | FOMATC5 | FOODMATCH,INC | $ | 15,394.86 |
| 009943 | 1/2/2024 | FOMATC5 | FOODMATCH,INC | $ | 15,699.98 |
| 009969 | 1/8/2024 | FOMATC5 | FOODMATCH,INC | $ | 5,460.18 |
| 009993 | 1/16/2024 | FOMATC5 | FOODMATCH,INC | $ | 3,866.32 |
| 010016 | 1/22/2024 | FOMATC5 | FOODMATCH,INC | $ | 15,720.30 |
| 010089 | 2/12/2024 | FOMATC5 | FOODMATCH,INC | $ | 12,860.27 |
| 122931 | 10/31/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 26,324.27 |
| 123088 | 11/9/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 38,869.01 |
| 123272 | 11/21/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 32,118.36 |
| 123421 | 11/30/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 66,440.28 |
| 123552 | 12/12/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 51,244.66 |
| 123674 | 12/19/2023 | FOCHEE5 | FOREVER CHEESE, INC | $ | 29,497.31 |
| 123848 | 1/2/2024 | FOCHEE5 | FOREVER CHEESE, INC | $ | 29,842.81 |
| 124058 | 1/16/2024 | FOCHEE5 | FOREVER CHEESE, INC | $ | 49,792.07 |
| 124159 | 1/23/2024 | FOCHEE5 | FOREVER CHEESE, INC | $ | 63,372.25 |
| 124299 | 2/1/2024 | FOCHEE5 | FOREVER CHEESE, INC | $ | 24,384.89 |
| 009702 | 10/30/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 9,245.16 |
| 009728 | 11/6/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 10,766.74 |
| 009752 | 11/13/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 9,409.90 |
| 009773 | 11/20/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 7,642.77 |
| 009810 | 11/28/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 8,003.40 |
| 009846 | 12/4/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 9,923.30 |
| 009870 | 12/11/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 10,268.90 |
| 009898 | 12/18/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 7,021.20 |
| 009921 | 12/26/2023 | FREXPR4 | FRESH EXPRESS INC | $ | 9,722.75 |
| 009944 | 1/2/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 9,264.10 |
| 009971 | 1/8/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 10,069.70 |
| 009994 | 1/16/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 5,455.75 |
| 010017 | 1/22/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 2,882.00 |
| 010035 | 1/29/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 14,612.20 |
| 010063 | 2/5/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 11,690.41 |
| 010090 | 2/12/2024 | FREXPR4 | FRESH EXPRESS INC | $ | 10,073.20 |
| 005511 | 1/29/2024 | WAREH60 | FRESHPRO RAW MATERIALS | $ | 387,656.51 |

| | | | | | |
|---|---|---|---|---|---|
| 009869 | 12/11/2023 | FRCONS5 | FRIESLANDCAMPINA CONSU | $ | 9,111.18 |
| 009970 | 1/8/2024 | FRCONS5 | FRIESLANDCAMPINA CONSU | $ | 10,662.64 |
| 123132 | 11/14/2023 | FROUSA5 | FROMI USA | $ | 11,804.27 |
| 123675 | 12/19/2023 | FROUSA5 | FROMI USA | $ | 7,170.17 |
| 124008 | 1/11/2024 | FROUSA5 | FROMI USA | $ | 3,404.58 |
| 122932 | 10/31/2023 | G&RFAR4 | G&R FARMS | $ | 2,688.00 |
| 123133 | 11/14/2023 | G&RFAR4 | G&R FARMS | $ | 2,688.00 |
| 123356 | 11/28/2023 | G&RFAR4 | G&R FARMS | $ | 2,496.00 |
| 123459 | 12/5/2023 | G&RFAR4 | G&R FARMS | $ | 2,496.00 |
| 123616 | 12/14/2023 | G&RFAR4 | G&R FARMS | $ | 2,496.00 |
| 123948 | 1/9/2024 | G&RFAR4 | G&R FARMS | $ | 2,640.00 |
| 124059 | 1/16/2024 | G&RFAR4 | G&R FARMS | $ | 2,688.00 |
| 124344 | 2/6/2024 | G&RFAR4 | G&R FARMS | $ | 2,688.00 |
| 123460 | 12/5/2023 | GAUSAI5 | GALLONI USA | $ | 16,199.62 |
| 123893 | 1/4/2024 | GAUSAI5 | GALLONI USA | $ | 17,802.12 |
| 124428 | 2/14/2024 | GAUSAI5 | GALLONI USA | $ | 16,585.44 |
| 122990 | 11/2/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 420.00 |
| 123135 | 11/14/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 378.00 |
| 123197 | 11/16/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 420.00 |
| 123274 | 11/21/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 567.00 |
| 123358 | 11/28/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 441.00 |
| 123513 | 12/7/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 525.00 |
| 123618 | 12/14/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 504.00 |
| 123677 | 12/19/2023 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 630.00 |
| 123895 | 1/4/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 588.00 |
| 123950 | 1/9/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 525.00 |
| 124120 | 1/18/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 693.00 |
| 124204 | 1/25/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 588.00 |
| 124346 | 2/6/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 588.00 |
| 124430 | 2/14/2024 | GIHERB4 | GILBERTIE'S HERB GARDE | $ | 441.00 |
| 122933 | 10/31/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 4,761.77 |
| 122989 | 11/2/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,977.37 |
| 123041 | 11/7/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 4,547.42 |
| 123089 | 11/9/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 2,039.11 |
| 123134 | 11/14/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 6,245.52 |
| 123196 | 11/16/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,222.98 |
| 123273 | 11/21/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 7,772.72 |
| 123357 | 11/28/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 5,338.57 |
| 123422 | 11/30/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,887.83 |
| 123461 | 12/5/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 5,087.93 |
| 123553 | 12/12/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 6,535.90 |
| 123617 | 12/14/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 4,955.62 |
| 123676 | 12/19/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 11,759.24 |
| 123732 | 12/21/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,691.28 |
| 123776 | 12/26/2023 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 777.78 |
| 123849 | 1/2/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 4,815.63 |
| 123894 | 1/4/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,865.25 |
| 123949 | 1/9/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 3,496.19 |
| 124009 | 1/11/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 3,902.50 |
| 124060 | 1/16/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 6,691.32 |
| 124203 | 1/25/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 10,568.56 |
| 124250 | 1/30/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,357.18 |
| 124345 | 2/6/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 9,609.12 |
| 124404 | 2/8/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 1,554.51 |
| 124429 | 2/14/2024 | GIFRES4 | GIORGIO FRESH COMPANY | $ | 3,044.24 |
| 009722 | 11/3/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 12,218.50 |
| 009745 | 11/10/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 9,766.00 |
| 009767 | 11/17/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 10,192.00 |
| 009795 | 11/27/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | - |
| 009802 | 11/27/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | - |
| 009815 | 11/27/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 12,879.50 |
| 009788 | 11/27/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | - |
| 009836 | 12/1/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 10,723.00 |
| 009862 | 12/8/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 12,916.00 |
| 009889 | 12/15/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 34,785.00 |
| 009913 | 12/22/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 41,970.00 |
| 009938 | 12/29/2023 | GOGARD4 | GOODNESS GARDENS INC | $ | 5,470.00 |
| 009962 | 1/5/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 8,134.00 |
| 009988 | 1/12/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 9,202.50 |
| 010009 | 1/19/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 19,531.00 |
| 010030 | 1/26/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 22,647.50 |
| 010056 | 2/2/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 10,538.00 |
| 010083 | 2/9/2024 | GOGARD4 | GOODNESS GARDENS INC | $ | 12,837.50 |
| 122935 | 10/31/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 8,103.78 |

| 122992 | 11/2/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 5,976.45 |
| 123043 | 11/7/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 2,554.00 |
| 123137 | 11/14/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 13,704.45 |
| 123200 | 11/16/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 2,699.25 |
| 123276 | 11/21/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 8,293.15 |
| 123361 | 11/28/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 12,154.90 |
| 123463 | 12/5/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 9,063.05 |
| 123555 | 12/12/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 6,174.65 |
| 123621 | 12/14/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 7,253.10 |
| 123679 | 12/19/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 7,703.25 |
| 123734 | 12/21/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 5,028.43 |
| 123777 | 12/26/2023 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 12,461.94 |
| 123898 | 1/4/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 3,853.61 |
| 123952 | 1/9/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 2,889.49 |
| 124011 | 1/11/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 3,855.05 |
| 124062 | 1/16/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 8,736.35 |
| 124121 | 1/18/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 2,387.00 |
| 124162 | 1/23/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 3,631.20 |
| 124206 | 1/25/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 3,138.30 |
| 124251 | 1/30/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 13,459.70 |
| 124348 | 2/6/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 11,993.95 |
| 124432 | 2/14/2024 | GOGREE4 | GOTHAM GREENS FARMS LL | $ | 3,288.00 |
| 122934 | 10/31/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 7,568.23 |
| 122991 | 11/2/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 8,384.06 |
| 123042 | 11/7/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,695.95 |
| 123136 | 11/14/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 23,404.37 |
| 123198 | 11/16/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 10,835.12 |
| 123275 | 11/21/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 16,759.52 |
| 123359 | 11/28/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 7,532.35 |
| 123423 | 11/30/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 9,345.02 |
| 123462 | 12/5/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,988.16 |
| 123514 | 12/7/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 8,550.86 |
| 123554 | 12/12/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,525.77 |
| 123619 | 12/14/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 7,697.01 |
| 123678 | 12/19/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,907.89 |
| 123733 | 12/21/2023 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 12,742.54 |
| 123850 | 1/2/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,910.97 |
| 123896 | 1/4/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 18,479.42 |
| 123951 | 1/9/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 6,523.20 |
| 124010 | 1/11/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 8,873.84 |
| 124061 | 1/16/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 7,203.52 |
| 124160 | 1/23/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 9,869.84 |
| 124205 | 1/25/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 12,479.80 |
| 124301 | 2/1/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 13,199.28 |
| 124347 | 2/6/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 9,572.72 |
| 124431 | 2/14/2024 | GOBOUT5 | GOURMET BOUTIQUE LLC | $ | 8,998.84 |
| 123199 | 11/16/2023 | GOFOOD5 | GOURMET FOODS INTERNAT | $ | 2,647.50 |
| 123360 | 11/28/2023 | GOFOOD5 | GOURMET FOODS INTERNAT | $ | 1,497.00 |
| 123620 | 12/14/2023 | GOFOOD5 | GOURMET FOODS INTERNAT | $ | 1,790.70 |
| 123897 | 1/4/2024 | GOFOOD5 | GOURMET FOODS INTERNAT | $ | 2,058.70 |
| 124161 | 1/23/2024 | GOFOOD5 | GOURMET FOODS INTERNAT | $ | 1,904.70 |
| 009837 | 12/1/2023 | GRLAKE5 | GREAT LAKES CHEESE COM | $ | 17,592.92 |
| 009914 | 12/22/2023 | GRLAKE5 | GREAT LAKES CHEESE COM | $ | 17,823.54 |
| 010084 | 2/9/2024 | GRLAKE5 | GREAT LAKES CHEESE COM | $ | 16,458.76 |
| 123044 | 11/7/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,934.70 |
| 123138 | 11/14/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,228.80 |
| 123201 | 11/16/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 805.80 |
| 123362 | 11/28/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,440.30 |
| 123557 | 12/12/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,660.50 |
| 123681 | 12/19/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 2,892.00 |
| 123735 | 12/21/2023 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,199.70 |
| 123953 | 1/9/2024 | GRPROV5 | GROEZINGER PROVISIONS | $ | 1,440.30 |
| 124063 | 1/16/2024 | GRPROV5 | GROEZINGER PROVISIONS | $ | 2,082.90 |
| 124163 | 1/23/2024 | GRPROV5 | GROEZINGER PROVISIONS | $ | 3,897.30 |
| 124303 | 2/1/2024 | GRPROV5 | GROEZINGER PROVISIONS | $ | 2,073.00 |
| 123045 | 11/7/2023 | HAFARM5 | HAMPTON FARMS | $ | 10,246.80 |
| 122307 | 9/19/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | (3,515.50) |
| 122799 | 10/19/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | (830.00) |
| 122936 | 10/31/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 8,804.00 |
| 122993 | 11/2/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 3,516.50 |
| 123046 | 11/7/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 2,666.00 |
| 123139 | 11/14/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 7,857.50 |
| 123202 | 11/16/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 10,722.00 |
| 123278 | 11/21/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 8,468.50 |

| | | | | |
|---|---|---|---|---|
| 123363 | 11/28/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 9,326.50 |
| 123465 | 12/5/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 5,216.50 |
| 123515 | 12/7/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 4,631.00 |
| 123622 | 12/14/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 9,200.50 |
| 123683 | 12/19/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 11,049.00 |
| 123778 | 12/26/2023 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 12,089.50 |
| 123900 | 1/4/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 9,167.50 |
| 124013 | 1/11/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 9,825.50 |
| 124064 | 1/16/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 5,458.00 |
| 124122 | 1/18/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 6,028.50 |
| 124252 | 1/30/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 12,624.50 |
| 124350 | 2/6/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 10,646.00 |
| 124434 | 2/14/2024 | HEACQU5 | HEARTY ACQUISITION LLC | $ | 5,933.00 |
| 123047 | 11/7/2023 | HOPROD4 | HOLLANDIA PRODUCE | $ | 1,929.60 |
| 123280 | 11/21/2023 | HOPROD4 | HOLLANDIA PRODUCE | $ | 1,785.60 |
| 123623 | 12/14/2023 | HOPROD4 | HOLLANDIA PRODUCE | $ | 1,785.60 |
| 123954 | 1/9/2024 | HOPROD4 | HOLLANDIA PRODUCE | $ | 1,929.60 |
| 124304 | 2/1/2024 | HOPROD4 | HOLLANDIA PRODUCE | $ | 1,929.60 |
| 122937 | 10/31/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 4,403.41 |
| 122938 | 10/31/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 76,334.71 |
| 123364 | 11/28/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 4,449.49 |
| 123365 | 11/28/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 77,255.53 |
| 123816 | 12/28/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 73,463.88 |
| 123817 | 12/28/2023 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 4,183.10 |
| 124253 | 1/30/2024 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 76,500.59 |
| 124254 | 1/30/2024 | HOBLUEC | HORIZON BCBSNJ,INC | $ | 4,583.26 |
| 123279 | 11/21/2023 | HOFOOD5 | HORMEL FOODS CORP | $ | 16,945.58 |
| 123684 | 12/19/2023 | HOFOOD5 | HORMEL FOODS CORP | $ | 16,639.29 |
| 124257 | 1/30/2024 | HOFOOD5 | HORMEL FOODS CORP | $ | 15,639.15 |
| 123140 | 11/14/2023 | HOFOOD4 | HOUSE FOODS AMERICA CO | $ | 2,932.80 |
| 123736 | 12/21/2023 | HOFOOD4 | HOUSE FOODS AMERICA CO | $ | 4,238.40 |
| 124256 | 1/30/2024 | HOFOOD4 | HOUSE FOODS AMERICA CO | $ | 4,281.60 |
| 122994 | 11/2/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 8,030.00 |
| 123141 | 11/14/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 25,078.00 |
| 123281 | 11/21/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 15,748.00 |
| 123366 | 11/28/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 14,908.00 |
| 123467 | 12/5/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 14,732.00 |
| 123558 | 12/12/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 8,000.00 |
| 123624 | 12/14/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 13,110.00 |
| 123685 | 12/19/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 8,442.00 |
| 123779 | 12/26/2023 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 3,892.00 |
| 123902 | 1/4/2024 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 10,215.00 |
| 124014 | 1/11/2024 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 25,936.00 |
| 124123 | 1/18/2024 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 12,108.00 |
| 124351 | 2/6/2024 | HURIVE4 | HUDSON RIVER FRUIT DIS | $ | 2,800.00 |
| 123074 | 11/9/2023 | 863RSVP | IBT LOCAL 863 RETIREMN | $ | 5,948.86 |
| 123534 | 12/12/2023 | 863RSVP | IBT LOCAL 863 RETIREMN | $ | 5,850.76 |
| 123988 | 1/11/2024 | 863RSVP | IBT LOCAL 863 RETIREMN | $ | 7,296.13 |
| 123204 | 11/16/2023 | IMPRINT | IMPACT PRINTING SYSTEM | $ | 8,273.30 |
| 123955 | 1/9/2024 | IMPRINT | IMPACT PRINTING SYSTEM | $ | 2,429.02 |
| 122941 | 10/31/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 4,433.00 |
| 122995 | 11/2/2023 | INLABEL | INDUSTRIAL LABELING SY | $ | 2,969.80 |
| 123205 | 11/16/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 2,106.80 |
| 123425 | 11/30/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 200.00 |
| 123561 | 12/12/2023 | INLABEL | INDUSTRIAL LABELING SY | $ | 4,690.43 |
| 123627 | 12/14/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 2,866.93 |
| 123686 | 12/19/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 381.48 |
| 123738 | 12/21/2023 | INLAB13 | INDUSTRIAL LABELING SY | $ | 4,765.80 |
| 124437 | 2/14/2024 | INLAB13 | INDUSTRIAL LABELING SY | $ | 1,481.70 |
| 123142 | 11/14/2023 | INFPASO | INTERNATIONAL FRESH PR | $ | 13,645.00 |
| 009778 | 11/17/2023 | IPCORPO | IPFS CORPORATION | $ | 7,840.58 |
| 009902 | 12/18/2023 | IPCORPO | IPFS CORPORATION | $ | 7,840.58 |
| 009998 | 1/12/2024 | IPCORPO | IPFS CORPORATION | $ | 7,840.58 |
| 123371 | 11/28/2023 | JOWMMA5 | JOHN WM MACY'S CHEESES | $ | 3,924.00 |
| 123470 | 12/5/2023 | JOWMMA5 | JOHN WM MACY'S CHEESES | $ | 6,443.52 |
| 124124 | 1/18/2024 | JOWMMA5 | JOHN WM MACY'S CHEESES | $ | 3,602.70 |
| 122996 | 11/2/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 10,998.88 |
| 123092 | 11/9/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 9,340.65 |
| 123207 | 11/16/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 8,009.96 |
| 123287 | 11/21/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 7,803.71 |
| 123429 | 11/30/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 7,947.77 |
| 123517 | 12/7/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 8,483.45 |
| 123629 | 12/14/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 6,803.55 |
| 123740 | 12/21/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 8,834.38 |

| 123819 | 12/28/2023 | KWRASTA | K.W. RASTALL, LLC | $ | 6,184.49 |
| 123906 | 1/4/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 5,849.33 |
| 124019 | 1/11/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 6,494.83 |
| 124125 | 1/18/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 7,722.10 |
| 124209 | 1/25/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 6,290.95 |
| 124307 | 2/1/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 5,941.16 |
| 124405 | 2/8/2024 | KWRASTA | K.W. RASTALL, LLC | $ | 6,013.50 |
| 123957 | 1/9/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 10,231.83 |
| 124067 | 1/16/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 11,606.30 |
| 124165 | 1/23/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 1,749.69 |
| 124260 | 1/30/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 2,483.03 |
| 124356 | 2/6/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 9,667.37 |
| 124438 | 2/14/2024 | KCENERG | KCG ENERGY MANAGEMENT, | $ | 5,505.98 |
| 122942 | 10/31/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 20,000.00 |
| 123050 | 11/7/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 60,000.00 |
| 123286 | 11/21/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 14,322.29 |
| 123372 | 11/28/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 8,369.32 |
| 123471 | 12/5/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 7,102.66 |
| 123628 | 12/14/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 10,128.50 |
| 123688 | 12/19/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 7,328.17 |
| 123784 | 12/26/2023 | KCREFRI | KCG REFRIGERATION INC | $ | 13,107.72 |
| 123851 | 1/2/2024 | KCREFRI | KCG REFRIGERATION INC | $ | 6,351.34 |
| 009723 | 11/3/2023 | LAPAST5 | LA PASTA INC | $ | 3,497.20 |
| 009746 | 11/10/2023 | LAPAST5 | LA PASTA INC | $ | 3,636.80 |
| 009768 | 11/17/2023 | LAPAST5 | LA PASTA INC | $ | 3,621.80 |
| 009796 | 11/27/2023 | LAPAST5 | LA PASTA INC | $ | - |
| 009803 | 11/27/2023 | LAPAST5 | LA PASTA INC | $ | - |
| 009816 | 11/27/2023 | LAPAST5 | LA PASTA INC | $ | 7,215.20 |
| 009789 | 11/27/2023 | LAPAST5 | LA PASTA INC | $ | - |
| 009838 | 12/1/2023 | LAPAST5 | LA PASTA INC | $ | 3,223.80 |
| 009863 | 12/8/2023 | LAPAST5 | LA PASTA INC | $ | 2,959.60 |
| 009890 | 12/15/2023 | LAPAST5 | LA PASTA INC | $ | 2,981.36 |
| 009915 | 12/22/2023 | LAPAST5 | LA PASTA INC | $ | 4,026.40 |
| 009963 | 1/5/2024 | LAPAST5 | LA PASTA INC | $ | 7,711.60 |
| 010010 | 1/19/2024 | LAPAST5 | LA PASTA INC | $ | 8,460.00 |
| 010057 | 2/2/2024 | LAPAST5 | LA PASTA INC | $ | 8,261.20 |
| 010085 | 2/9/2024 | LAPAST5 | LA PASTA INC | $ | 4,951.20 |
| 122997 | 11/2/2023 | LAGROV4 | LAMBETH GROVES | $ | 2,354.40 |
| 123143 | 11/14/2023 | LAGROV4 | LAMBETH GROVES | $ | 2,354.40 |
| 123288 | 11/21/2023 | LAGROV4 | LAMBETH GROVES | $ | 2,354.40 |
| 123373 | 11/28/2023 | LAGROV4 | LAMBETH GROVES | $ | 2,354.40 |
| 009715 | 11/2/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 21,472.50 |
| 009739 | 11/9/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 17,275.00 |
| 009760 | 11/16/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 27,257.50 |
| 009781 | 11/24/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 26,545.00 |
| 009829 | 11/30/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 28,830.00 |
| 009855 | 12/7/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 24,490.00 |
| 009882 | 12/14/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 11,025.00 |
| 009906 | 12/21/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 18,105.00 |
| 009930 | 12/28/2023 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 24,725.00 |
| 009956 | 1/4/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 30,155.00 |
| 009982 | 1/11/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 10,600.00 |
| 010001 | 1/18/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 6,885.00 |
| 010024 | 1/25/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 10,771.20 |
| 010049 | 2/1/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 16,800.00 |
| 010075 | 2/8/2024 | LGSPEC4 | LGS SPECIALTY SALES LT | $ | 16,800.00 |
| 123095 | 11/9/2023 | LIWHOL4 | LILLY'S WHOLESALE | $ | 15,216.40 |
| 123475 | 12/5/2023 | LIWHOL4 | LILLY'S WHOLESALE | $ | 26,970.40 |
| 123855 | 1/2/2024 | LIWHOL4 | LILLY'S WHOLESALE | $ | 22,197.75 |
| 124443 | 2/14/2024 | LIWHOL4 | LILLY'S WHOLESALE | $ | 24,124.20 |
| 122943 | 10/31/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 17,575.65 |
| 123051 | 11/7/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 11,645.02 |
| 123093 | 11/9/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 5,087.46 |
| 123146 | 11/14/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 17,651.63 |
| 123209 | 11/16/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 9,573.79 |
| 123289 | 11/21/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 13,762.54 |
| 123374 | 11/28/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 5,938.09 |
| 123430 | 11/30/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 9,771.57 |
| 123473 | 12/5/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 5,200.81 |
| 123563 | 12/12/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 13,755.51 |
| 123690 | 12/19/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 16,109.88 |
| 123741 | 12/21/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 12,310.99 |
| 123785 | 12/26/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 9,964.03 |
| 123820 | 12/28/2023 | LILATT5 | LIONI LATTICINI INC. | $ | 11,267.62 |

| | | | | | |
|---|---|---|---|---|---|
| 123853 | 1/2/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 6,339.14 |
| 123959 | 1/9/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 8,325.14 |
| 124020 | 1/11/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 7,987.41 |
| 124070 | 1/16/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 4,477.70 |
| 124167 | 1/23/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 16,125.15 |
| 124262 | 1/30/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 8,385.47 |
| 124308 | 2/1/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 16,577.81 |
| 124357 | 2/6/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 6,858.21 |
| 124406 | 2/8/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 9,019.59 |
| 124441 | 2/14/2024 | LILATT5 | LIONI LATTICINI INC. | $ | 5,716.24 |
| 122944 | 10/31/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 859.68 |
| 123094 | 11/9/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,078.56 |
| 123147 | 11/14/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,232.64 |
| 123290 | 11/21/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,232.64 |
| 123375 | 11/28/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,540.80 |
| 123474 | 12/5/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,540.80 |
| 123518 | 12/7/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,232.64 |
| 123630 | 12/14/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,540.80 |
| 123742 | 12/21/2023 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,523.68 |
| 123854 | 1/2/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,523.68 |
| 123907 | 1/4/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,523.68 |
| 124021 | 1/11/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,266.88 |
| 124168 | 1/23/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,112.80 |
| 124263 | 1/30/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 1,901.68 |
| 124358 | 2/6/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 2,166.28 |
| 124442 | 2/14/2024 | LILEAF4 | LITTLE LEAF FARMS, LLC | $ | 2,166.28 |
| 123073 | 11/9/2023 | 863DUES | LOCAL 863 DUES | $ | 2,477.00 |
| 123596 | 12/14/2023 | 863DUES | LOCAL 863 DUES | $ | 2,226.00 |
| 123987 | 1/11/2024 | 863DUES | LOCAL 863 DUES | $ | 2,226.00 |
| 124394 | 2/8/2024 | 863DUES | LOCAL 863 DUES | $ | 2,424.00 |
| 123239 | 11/21/2023 | 863PENS | LOCAL 863 PENSION | $ | 12,520.94 |
| 123721 | 12/21/2023 | 863PENS | LOCAL 863 PENSION | $ | 11,237.74 |
| 124144 | 1/23/2024 | 863PENS | LOCAL 863 PENSION | $ | 15,781.79 |
| 123028 | 11/7/2023 | 863WELF | LOCAL 863 WELFARE | $ | 55,800.00 |
| 123448 | 12/5/2023 | 863WELF | LOCAL 863 WELFARE | $ | 44,370.00 |
| 123830 | 1/2/2024 | 863WELF | LOCAL 863 WELFARE | $ | 43,560.00 |
| 009703 | 10/30/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 9,740.27 |
| 009729 | 11/6/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 52,871.34 |
| 009753 | 11/13/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 45,449.21 |
| 009774 | 11/20/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 40,500.59 |
| 009811 | 11/28/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 24,624.95 |
| 009847 | 12/4/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 104,029.51 |
| 009871 | 12/11/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 14,418.75 |
| 009899 | 12/18/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 24,370.89 |
| 009922 | 12/26/2023 | LOTRAD5 | LONGVIEW TRADING INC | $ | 67,351.29 |
| 009945 | 1/2/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 35,151.65 |
| 009972 | 1/8/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 29,233.24 |
| 009995 | 1/16/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 33,068.06 |
| 010018 | 1/22/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 50,820.71 |
| 010036 | 1/29/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 29,903.39 |
| 010064 | 2/5/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 34,689.78 |
| 010091 | 2/12/2024 | LOTRAD5 | LONGVIEW TRADING INC | $ | 41,235.10 |
| 121901 | 8/22/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | (1,525.00) |
| 122999 | 11/2/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 2,005.00 |
| 123150 | 11/14/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 2,173.00 |
| 123212 | 11/16/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 3,427.00 |
| 123293 | 11/21/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,614.00 |
| 123378 | 11/28/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,919.00 |
| 123566 | 12/12/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,967.00 |
| 123694 | 12/19/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,806.00 |
| 123745 | 12/21/2023 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,727.00 |
| 123857 | 1/2/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,573.00 |
| 123961 | 1/9/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 668.00 |
| 124072 | 1/16/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,823.00 |
| 124128 | 1/18/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,758.00 |
| 124212 | 1/25/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,768.00 |
| 124360 | 2/6/2024 | MAVEGE5 | MACRO VEGETARIAN | $ | 1,398.00 |
| 122998 | 11/2/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 661.68 |
| 123149 | 11/14/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 730.47 |
| 123211 | 11/16/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 655.32 |
| 123292 | 11/21/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 546.06 |
| 123377 | 11/28/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 601.77 |
| 123565 | 12/12/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 431.58 |
| 123692 | 12/19/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 623.85 |

| | | | | | |
|---|---|---|---|---|---:|
| 123744 | 12/21/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 654.72 |
| 123786 | 12/26/2023 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 700.62 |
| 123908 | 1/4/2024 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 339.57 |
| 124023 | 1/11/2024 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 452.64 |
| 124127 | 1/18/2024 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 747.93 |
| 124211 | 1/25/2024 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 955.56 |
| 124310 | 2/1/2024 | MAFINE5 | MAPLEBROOK FARM MT. MO | $ | 926.10 |
| 009704 | 10/30/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 39,201.00 |
| 009730 | 11/6/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 28,022.00 |
| 009754 | 11/13/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 32,447.50 |
| 009775 | 11/20/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 27,704.00 |
| 009812 | 11/28/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 47,507.00 |
| 009848 | 12/4/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 44,206.50 |
| 009872 | 12/11/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 40,761.00 |
| 009900 | 12/18/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 44,415.00 |
| 009923 | 12/26/2023 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 42,177.50 |
| 009946 | 1/2/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 36,289.00 |
| 009973 | 1/8/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 19,960.00 |
| 009996 | 1/16/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 28,740.00 |
| 010019 | 1/22/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 9,050.00 |
| 010037 | 1/29/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 36,565.00 |
| 010065 | 2/5/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 42,666.00 |
| 010092 | 2/12/2024 | MASPRO4 | MASTRONARDI PRODUCE LT | $ | 48,220.00 |
| 122945 | 10/31/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 14,534.75 |
| 123052 | 11/7/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 12,277.50 |
| 123148 | 11/14/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 14,727.75 |
| 123210 | 11/16/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 12,393.75 |
| 123291 | 11/21/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 29,406.75 |
| 123376 | 11/28/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 13,904.75 |
| 123476 | 12/5/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 16,798.75 |
| 123564 | 12/12/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 13,884.25 |
| 123691 | 12/19/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 32,028.25 |
| 123743 | 12/21/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 7,107.50 |
| 123821 | 12/28/2023 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 9,267.25 |
| 123856 | 1/2/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 13,303.00 |
| 123960 | 1/9/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 16,211.50 |
| 124071 | 1/16/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 19,401.50 |
| 124169 | 1/23/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 16,117.75 |
| 124210 | 1/25/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 14,146.00 |
| 124264 | 1/30/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 4,720.00 |
| 124309 | 2/1/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 18,124.25 |
| 124359 | 2/6/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 15,201.00 |
| 124444 | 2/14/2024 | MAAUER4 | MAURICE A. AUERBACH IN | $ | 14,133.75 |
| 123567 | 12/12/2023 | MBIMPO4 | MB IMPORTS, INC | $ | 5,685.00 |
| 123746 | 12/21/2023 | MBIMPO4 | MB IMPORTS, INC | $ | 5,687.50 |
| 123909 | 1/4/2024 | MBIMPO4 | MB IMPORTS, INC | $ | 5,982.50 |
| 124445 | 2/14/2024 | MBIMPO4 | MB IMPORTS, INC | $ | 7,842.50 |
| 122969 | 10/31/2023 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 3,293.55 |
| 123330 | 11/21/2023 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 2,460.43 |
| 123495 | 12/5/2023 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 4,988.70 |
| 123595 | 12/12/2023 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 7,376.90 |
| 123877 | 1/2/2024 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 4,277.75 |
| 124101 | 1/16/2024 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 8,404.25 |
| 124392 | 2/6/2024 | WOVARI4 | MELISSA'S/WORLD VARIET | $ | 2,347.35 |
| 123151 | 11/14/2023 | MEINCO5 | MEXILINK INC | $ | 7,749.86 |
| 123380 | 11/28/2023 | MEINCO5 | MEXILINK INC | $ | 7,144.00 |
| 123631 | 12/14/2023 | MOTRUCK | MOBILE TRUCK WORKS & F | $ | 8,630.00 |
| 123788 | 12/26/2023 | MOTRUCK | MOBILE TRUCK WORKS & F | $ | 314.54 |
| 123408 | 11/28/2023 | UNMARKE | MPM ENTERPRISES II LLC | $ | 5,189.80 |
| 123760 | 12/21/2023 | UNMARKE | MPM ENTERPRISES II LLC | $ | 5,550.47 |
| 124227 | 1/25/2024 | UNMARKE | MPM ENTERPRISES II LLC | $ | 6,138.59 |
| 123214 | 11/16/2023 | MUFOOD5 | MUSCO FOOD CORP. | $ | 579.41 |
| 123296 | 11/21/2023 | MUFOOD5 | MUSCO FOOD CORP. | $ | 3,108.48 |
| 123569 | 12/12/2023 | MUFOOD5 | MUSCO FOOD CORP. | $ | 4,384.47 |
| 124362 | 2/6/2024 | MUFOOD5 | MUSCO FOOD CORP. | $ | 1,250.90 |
| 122946 | 10/31/2023 | MUOMAHA | MUTUAL OF OMAHA | $ | 5,362.33 |
| 123382 | 11/28/2023 | MUOMAHA | MUTUAL OF OMAHA | $ | 5,397.85 |
| 123858 | 1/2/2024 | MUOMAHA | MUTUAL OF OMAHA | $ | 5,704.55 |
| 124265 | 1/30/2024 | MUOMAHA | MUTUAL OF OMAHA | $ | 5,578.23 |
| 122947 | 10/31/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 9,030.74 |
| 123054 | 11/7/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 8,392.91 |
| 123152 | 11/14/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 9,277.06 |
| 123215 | 11/16/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 8,916.21 |
| 123297 | 11/21/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 6,986.71 |

| | | | | | |
|---|---|---|---|---|---|
| 123383 | 11/28/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 6,158.34 |
| 123570 | 12/12/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 7,170.78 |
| 123696 | 12/19/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 11,407.50 |
| 123747 | 12/21/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 4,507.95 |
| 123789 | 12/26/2023 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 7,060.76 |
| 123962 | 1/9/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 10,836.15 |
| 124073 | 1/16/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 13,835.97 |
| 124170 | 1/23/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 20,786.20 |
| 124266 | 1/30/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 17,090.30 |
| 124364 | 2/6/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 6,989.81 |
| 124448 | 2/14/2024 | NAORCH4 | NATALIE'S ORCHID ISLAN | $ | 4,935.56 |
| 009724 | 11/3/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 4,725.00 |
| 009797 | 11/27/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | - |
| 009804 | 11/27/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | - |
| 009817 | 11/27/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 6,181.25 |
| 009790 | 11/27/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | - |
| 009839 | 12/1/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 1,262.40 |
| 009864 | 12/8/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 10,221.60 |
| 009891 | 12/15/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 7,159.50 |
| 009939 | 12/29/2023 | NASWEE4 | NATURE SWEET, LTD. | $ | 7,017.00 |
| 009964 | 1/5/2024 | NASWEE4 | NATURE SWEET, LTD. | $ | 6,529.50 |
| 009989 | 1/12/2024 | NASWEE4 | NATURE SWEET, LTD. | $ | 6,288.25 |
| 010011 | 1/19/2024 | NASWEE4 | NATURE SWEET, LTD. | $ | 4,725.00 |
| 010031 | 1/26/2024 | NASWEE4 | NATURE SWEET, LTD. | $ | 6,349.05 |
| 010058 | 2/2/2024 | NASWEE4 | NATURE SWEET, LTD. | $ | 14,404.50 |
| 123055 | 11/7/2023 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 3,108.70 |
| 123298 | 11/21/2023 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 3,108.70 |
| 123477 | 12/5/2023 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 3,108.70 |
| 123632 | 12/14/2023 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 6,693.80 |
| 123697 | 12/19/2023 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 2,275.00 |
| 123859 | 1/2/2024 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 2,275.00 |
| 124074 | 1/16/2024 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 3,108.70 |
| 124311 | 2/1/2024 | NAWAYF4 | NATURES WAY FARMS, INC | $ | 2,275.00 |
| 123001 | 11/2/2023 | NASEALI | NATURESEAL, INC | $ | 6,196.45 |
| 123748 | 12/21/2023 | NASEALI | NATURESEAL, INC | $ | 6,195.71 |
| 009756 | 11/10/2023 | NJMANUF | NEW JERSEY MANUFACTURE | $ | 72,387.00 |
| 009876 | 12/8/2023 | NJMANUF | NEW JERSEY MANUFACTURE | $ | 72,431.00 |
| 009999 | 1/12/2024 | NJMANUF | NEW JERSEY MANUFACTURE | $ | 72,431.00 |
| 010094 | 2/9/2024 | NJMANUF | NEW JERSEY MANUFACTURE | $ | 72,431.00 |
| 122950 | 10/31/2023 | NOSMOK5 | NODINE'S SMOKEHOUSE, I | $ | 9,203.11 |
| 123385 | 11/28/2023 | NOSMOK5 | NODINE'S SMOKEHOUSE, I | $ | 8,191.68 |
| 123911 | 1/4/2024 | NOSMOK5 | NODINE'S SMOKEHOUSE, I | $ | 10,562.92 |
| 122949 | 10/31/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 610.00 |
| 123096 | 11/9/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 560.00 |
| 123299 | 11/21/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 1,155.00 |
| 123384 | 11/28/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 560.00 |
| 123479 | 12/5/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 450.00 |
| 123633 | 12/14/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 550.00 |
| 123698 | 12/19/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 570.00 |
| 123790 | 12/26/2023 | NORPERS | NORTHEAST PERSONNEL SV | $ | 575.00 |
| 123963 | 1/9/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 645.00 |
| 124025 | 1/11/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 460.00 |
| 124075 | 1/16/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 470.00 |
| 124171 | 1/23/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 585.00 |
| 124365 | 2/6/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 620.00 |
| 124449 | 2/14/2024 | NORPERS | NORTHEAST PERSONNEL SV | $ | 560.00 |
| 123057 | 11/7/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 935.00 |
| 123154 | 11/14/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 980.00 |
| 123301 | 11/21/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 115.00 |
| 123481 | 12/5/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 1,130.00 |
| 123571 | 12/12/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 605.00 |
| 123699 | 12/19/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 115.00 |
| 123791 | 12/26/2023 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 545.00 |
| 123965 | 1/9/2024 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 1,410.00 |
| 124076 | 1/16/2024 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 230.00 |
| 124173 | 1/23/2024 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 1,330.00 |
| 124173 | 1/23/2024 | NYCDEPT | NYC DEPT. OF FINANCE | $ | (1,330.00) |
| 124450 | 2/14/2024 | NYCDEPT | NYC DEPT. OF FINANCE | $ | 1,585.00 |
| 122951 | 10/31/2023 | ORGANI4 | ORGANICGIRL | $ | 8,692.96 |
| 123006 | 11/2/2023 | ORGANI4 | ORGANICGIRL | $ | 5,902.10 |
| 123155 | 11/14/2023 | ORGANI4 | ORGANICGIRL | $ | 8,576.06 |
| 123218 | 11/16/2023 | ORGANI4 | ORGANICGIRL | $ | 4,834.90 |
| 123303 | 11/21/2023 | ORGANI4 | ORGANICGIRL | $ | 8,565.92 |
| 000654 | 11/24/2023 | ORGANI4 | ORGANICGIRL | $ | - |

| | | | | | |
|---|---|---|---|---|---|
| 123389 | 11/28/2023 | ORGANI4 | ORGANICGIRL | $ | 7,168.22 |
| 123434 | 11/30/2023 | ORGANI4 | ORGANICGIRL | $ | 3,576.04 |
| 123482 | 12/5/2023 | ORGANI4 | ORGANICGIRL | $ | 4,047.66 |
| 123520 | 12/7/2023 | ORGANI4 | ORGANICGIRL | $ | 5,049.67 |
| 123573 | 12/12/2023 | ORGANI4 | ORGANICGIRL | $ | 4,409.10 |
| 123635 | 12/14/2023 | ORGANI4 | ORGANICGIRL | $ | 4,086.40 |
| 123701 | 12/19/2023 | ORGANI4 | ORGANICGIRL | $ | 5,473.60 |
| 123822 | 12/28/2023 | ORGANI4 | ORGANICGIRL | $ | 6,945.38 |
| 123861 | 1/2/2024 | ORGANI4 | ORGANICGIRL | $ | 3,996.75 |
| 123913 | 1/4/2024 | ORGANI4 | ORGANICGIRL | $ | 4,277.14 |
| 123966 | 1/9/2024 | ORGANI4 | ORGANICGIRL | $ | 4,055.90 |
| 124026 | 1/11/2024 | ORGANI4 | ORGANICGIRL | $ | 4,888.86 |
| 124079 | 1/16/2024 | ORGANI4 | ORGANICGIRL | $ | 4,833.31 |
| 124131 | 1/18/2024 | ORGANI4 | ORGANICGIRL | $ | 4,897.20 |
| 124268 | 1/30/2024 | ORGANI4 | ORGANICGIRL | $ | 5,292.37 |
| 124367 | 2/6/2024 | ORGANI4 | ORGANICGIRL | $ | 4,557.00 |
| 124407 | 2/8/2024 | ORGANI4 | ORGANICGIRL | $ | 3,426.78 |
| 124451 | 2/14/2024 | ORGANI4 | ORGANICGIRL | $ | 4,093.58 |
| 123005 | 11/2/2023 | ORCOFF5 | ORINOCO COFFEE AND TEA | $ | 7,050.75 |
| 123700 | 12/19/2023 | ORCOFF5 | ORINOCO COFFEE AND TEA | $ | 4,971.75 |
| 124215 | 1/25/2024 | ORCOFF5 | ORINOCO COFFEE AND TEA | $ | 7,478.70 |
| 122952 | 10/31/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 14,688.00 |
| 123059 | 11/7/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 11,832.00 |
| 123156 | 11/14/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 11,520.00 |
| 123219 | 11/16/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 13,056.00 |
| 123304 | 11/21/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 13,056.00 |
| 123390 | 11/28/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 12,288.00 |
| 123574 | 12/12/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 10,752.00 |
| 123702 | 12/19/2023 | PABROT4 | PANDOL BROTHERS INC. | $ | 9,024.00 |
| 124080 | 1/16/2024 | PABROT4 | PANDOL BROTHERS INC. | $ | 5,376.00 |
| 009725 | 11/3/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 17,199.00 |
| 009747 | 11/10/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 18,060.00 |
| 009769 | 11/17/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 19,278.00 |
| 009798 | 11/27/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | - |
| 009805 | 11/27/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | - |
| 009818 | 11/27/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 51,401.00 |
| 009791 | 11/27/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | - |
| 009840 | 12/1/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 43,044.00 |
| 009865 | 12/8/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 38,297.00 |
| 009892 | 12/15/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 16,864.00 |
| 009916 | 12/22/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 14,805.00 |
| 009940 | 12/29/2023 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 19,122.50 |
| 009965 | 1/5/2024 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 16,065.00 |
| 009990 | 1/12/2024 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 15,746.50 |
| 010032 | 1/26/2024 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 12,852.00 |
| 010059 | 2/2/2024 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 26,568.00 |
| 010086 | 2/9/2024 | PAPROD4 | PANORAMA PRODUCE SALES | $ | 15,651.90 |
| 123305 | 11/21/2023 | PAGOUR5 | PARIS GOURMET, INC | $ | 15,562.01 |
| 123792 | 12/26/2023 | PAGOUR5 | PARIS GOURMET, INC | $ | 15,456.14 |
| 124174 | 1/23/2024 | PAGOUR5 | PARIS GOURMET, INC | $ | 15,667.88 |
| 123159 | 11/14/2023 | PARMAC5 | PARMACOTTO LLC | $ | 11,582.26 |
| 123704 | 12/19/2023 | PARMAC5 | PARMACOTTO LLC | $ | 8,115.41 |
| 122953 | 10/31/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,865.00 |
| 123007 | 11/2/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,390.00 |
| 123060 | 11/7/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,565.00 |
| 123157 | 11/14/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 4,845.00 |
| 123220 | 11/16/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,635.00 |
| 123306 | 11/21/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,725.00 |
| 123391 | 11/28/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,985.00 |
| 123483 | 12/5/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,610.00 |
| 123521 | 12/7/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,550.00 |
| 123575 | 12/12/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,230.00 |
| 123636 | 12/14/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,760.00 |
| 123703 | 12/19/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 3,715.00 |
| 123749 | 12/21/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,360.00 |
| 123793 | 12/26/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,501.00 |
| 123823 | 12/28/2023 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,325.00 |
| 123862 | 1/2/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 3,500.00 |
| 123914 | 1/4/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,020.00 |
| 123967 | 1/9/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 10,540.00 |
| 124027 | 1/11/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,968.00 |
| 124081 | 1/16/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,010.00 |
| 124132 | 1/18/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,170.00 |
| 124175 | 1/23/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 1,270.00 |

| 124269 | 1/30/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 3,694.00 |
|--------|-----------|---------|------------------------|---|----------|
| 124314 | 2/1/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 2,215.00 |
| 124368 | 2/6/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 3,595.00 |
| 124452 | 2/14/2024 | PAPICK4 | PATERSON PICKLE CO, IN | $ | 5,035.00 |
| 122954 | 10/31/2023 | PAPICK5 | PATRIOT PICKLE | $ | 3,150.00 |
| 123158 | 11/14/2023 | PAPICK5 | PATRIOT PICKLE | $ | 1,750.00 |
| 123221 | 11/16/2023 | PAPICK5 | PATRIOT PICKLE | $ | 2,105.00 |
| 123392 | 11/28/2023 | PAPICK5 | PATRIOT PICKLE | $ | 2,625.00 |
| 123637 | 12/14/2023 | PAPICK5 | PATRIOT PICKLE | $ | 2,630.00 |
| 123863 | 1/2/2024 | PAPICK5 | PATRIOT PICKLE | $ | 2,980.00 |
| 124028 | 1/11/2024 | PAPICK5 | PATRIOT PICKLE | $ | 1,718.00 |
| 124216 | 1/25/2024 | PAPICK5 | PATRIOT PICKLE | $ | 4,910.00 |
| 009821 | 11/22/2023 | PAUNLFP | PAYROLL UNLIMITED, INC | $ | 115,295.89 |
| 009822 | 11/22/2023 | PAUNLIM | PAYROLL UNLIMITED, INC | $ | 526,444.71 |
| 009948 | 12/27/2023 | PAUNLFP | PAYROLL UNLIMITED, INC | $ | 124,896.60 |
| 009949 | 12/27/2023 | PAUNLIM | PAYROLL UNLIMITED, INC | $ | 586,205.61 |
| 010039 | 1/24/2024 | PAUNLFP | PAYROLL UNLIMITED, INC | $ | 118,518.26 |
| 010040 | 1/24/2024 | PAUNLIM | PAYROLL UNLIMITED, INC | $ | 542,865.47 |
| 122956 | 10/31/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 659.22 |
| 123009 | 11/2/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 3,476.45 |
| 123098 | 11/9/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 4,082.31 |
| 123223 | 11/16/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | - |
| 123308 | 11/21/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 3,872.73 |
| 123394 | 11/28/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 46,201.55 |
| 123436 | 11/30/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 4,989.87 |
| 123522 | 12/7/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 3,375.97 |
| 123577 | 12/12/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 4,181.58 |
| 123639 | 12/14/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 4,181.85 |
| 123751 | 12/21/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 3,570.64 |
| 123794 | 12/26/2023 | PETRUCK | PENSKE TRUCK LEASING C | $ | 49,137.62 |
| 123865 | 1/2/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 5,491.30 |
| 123969 | 1/9/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 4,084.12 |
| 124083 | 1/16/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 7,551.29 |
| 124218 | 1/25/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 2,563.46 |
| 124270 | 1/30/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 46,968.04 |
| 124370 | 2/6/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 5,913.60 |
| 124454 | 2/14/2024 | PETRUCK | PENSKE TRUCK LEASING C | $ | 3,374.81 |
| 122955 | 10/31/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,638.30 |
| 123008 | 11/2/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 5,271.90 |
| 123061 | 11/7/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 4,006.25 |
| 123097 | 11/9/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 4,498.55 |
| 123160 | 11/14/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 8,090.85 |
| 123222 | 11/16/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,989.35 |
| 123307 | 11/21/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,114.95 |
| 123393 | 11/28/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 7,565.80 |
| 123435 | 11/30/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 4,982.60 |
| 123484 | 12/5/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 5,118.95 |
| 123576 | 12/12/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 7,668.45 |
| 123638 | 12/14/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 8,775.70 |
| 123705 | 12/19/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 8,633.40 |
| 123750 | 12/21/2023 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,858.20 |
| 123864 | 1/2/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,211.35 |
| 123915 | 1/4/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 5,238.85 |
| 123968 | 1/9/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 4,491.54 |
| 124029 | 1/11/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,907.55 |
| 124082 | 1/16/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 5,426.65 |
| 124134 | 1/18/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 5,758.55 |
| 124217 | 1/25/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 6,781.50 |
| 124315 | 2/1/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,392.25 |
| 124369 | 2/6/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 3,377.95 |
| 124453 | 2/14/2024 | PEFAMI4 | PERO FAMILY FARMS FOOD | $ | 7,767.35 |
| 009748 | 11/10/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 18,175.13 |
| 009799 | 11/27/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | - |
| 009806 | 11/27/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | - |
| 009819 | 11/27/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 14,151.56 |
| 009792 | 11/27/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | - |
| 009841 | 12/1/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 17,412.82 |
| 009893 | 12/15/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 5,259.27 |
| 009941 | 12/29/2023 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 22,223.27 |
| 009966 | 1/5/2024 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 18,102.53 |
| 010012 | 1/19/2024 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 20,812.55 |
| 010060 | 2/2/2024 | PLBRAN5 | PLAINVILLE BRANDS LLC | $ | 21,856.65 |
| 009842 | 12/1/2023 | POWOND4 | POM WONDERFUL LLC | $ | 7,007.60 |
| 009894 | 12/15/2023 | POWOND4 | POM WONDERFUL LLC | $ | 5,376.00 |

| | | | | | |
|---|---|---|---|---|---|
| 009917 | 12/22/2023 | POWOND4 | POM WONDERFUL LLC | $ | 5,376.00 |
| 010013 | 1/19/2024 | POWOND4 | POM WONDERFUL LLC | $ | 5,376.00 |
| 010033 | 1/26/2024 | POWOND4 | POM WONDERFUL LLC | $ | 3,584.00 |
| 122957 | 10/31/2023 | POPROD4 | POTANDON PRODUCE | $ | 14,865.50 |
| 123099 | 11/9/2023 | POPROD4 | POTANDON PRODUCE | $ | 10,174.75 |
| 123161 | 11/14/2023 | POPROD4 | POTANDON PRODUCE | $ | 12,877.00 |
| 123309 | 11/21/2023 | POPROD4 | POTANDON PRODUCE | $ | 15,610.00 |
| 123395 | 11/28/2023 | POPROD4 | POTANDON PRODUCE | $ | 12,084.00 |
| 123523 | 12/7/2023 | POPROD4 | POTANDON PRODUCE | $ | 17,289.00 |
| 123640 | 12/14/2023 | POPROD4 | POTANDON PRODUCE | $ | 25,649.00 |
| 123706 | 12/19/2023 | POPROD4 | POTANDON PRODUCE | $ | 11,808.75 |
| 123795 | 12/26/2023 | POPROD4 | POTANDON PRODUCE | $ | 7,006.75 |
| 123866 | 1/2/2024 | POPROD4 | POTANDON PRODUCE | $ | 10,796.25 |
| 123970 | 1/9/2024 | POPROD4 | POTANDON PRODUCE | $ | 14,479.50 |
| 124135 | 1/18/2024 | POPROD4 | POTANDON PRODUCE | $ | - |
| 124176 | 1/23/2024 | POPROD4 | POTANDON PRODUCE | $ | - |
| 124219 | 1/25/2024 | POPROD4 | POTANDON PRODUCE | $ | 15,017.75 |
| 124271 | 1/30/2024 | POPROD4 | POTANDON PRODUCE | $ | 15,176.00 |
| 124371 | 2/6/2024 | POPROD4 | POTANDON PRODUCE | $ | 10,689.25 |
| 124455 | 2/14/2024 | POPROD4 | POTANDON PRODUCE | $ | 10,951.75 |
| 009757 | 11/10/2023 | PSE&GOO | PSE & G | $ | 28,831.55 |
| 009877 | 12/8/2023 | PSE&GOO | PSE & G | $ | 24,147.27 |
| 009926 | 12/22/2023 | PSE&GOO | PSE & G | $ | 15,016.40 |
| 010045 | 1/26/2024 | PSE&GOO | PSE & G | $ | 30,890.08 |
| 122958 | 10/31/2023 | QUIKTEK | QUIKTEKS, LLC | $ | 2,403.59 |
| 123162 | 11/14/2023 | QUIKTEK | QUIKTEKS, LLC | $ | 1,699.60 |
| 123310 | 11/21/2023 | QUIKTEK | QUIKTEKS, LLC | $ | 2,403.59 |
| 123796 | 12/26/2023 | QUIKTEK | QUIKTEKS, LLC | $ | 2,418.79 |
| 124220 | 1/25/2024 | QUIKTEK | QUIKTEKS, LLC | $ | 2,418.79 |
| 124372 | 2/6/2024 | QUIKTEK | QUIKTEKS, LLC | $ | 716.52 |
| 123011 | 11/2/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 962.40 |
| 123062 | 11/7/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,283.20 |
| 123100 | 11/9/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,283.20 |
| 123163 | 11/14/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,121.30 |
| 123226 | 11/16/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,283.20 |
| 123312 | 11/21/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,268.08 |
| 123396 | 11/28/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,317.80 |
| 123485 | 12/5/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,158.90 |
| 123578 | 12/12/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,283.20 |
| 123641 | 12/14/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,959.40 |
| 123708 | 12/19/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,422.00 |
| 123797 | 12/26/2023 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,168.95 |
| 123867 | 1/2/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,158.90 |
| 123916 | 1/4/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,158.90 |
| 123971 | 1/9/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,427.60 |
| 124030 | 1/11/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 492.36 |
| 124085 | 1/16/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,427.60 |
| 124177 | 1/23/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,069.20 |
| 124272 | 1/30/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 2,069.20 |
| 124374 | 2/6/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,303.30 |
| 124408 | 2/8/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,303.30 |
| 124456 | 2/14/2024 | REPACC4 | READY PAC PRODUCE, INC | $ | 1,303.30 |
| 124178 | 1/23/2024 | RUBAKE5 | RUSTIC BAKERY, INC. | $ | 16,875.00 |
| 009705 | 10/30/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 45,494.50 |
| 009731 | 11/6/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 4,977.00 |
| 009755 | 11/13/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 8,380.00 |
| 009776 | 11/20/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 29,484.00 |
| 009813 | 11/28/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 2,860.00 |
| 009849 | 12/4/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 16,950.00 |
| 009873 | 12/11/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 36,563.00 |
| 009901 | 12/18/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 46,182.50 |
| 009924 | 12/26/2023 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 30,783.50 |
| 009947 | 1/2/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 17,801.50 |
| 009974 | 1/8/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 3,888.50 |
| 009997 | 1/16/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 368.50 |
| 010020 | 1/22/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 37,545.50 |
| 010038 | 1/29/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 17,709.50 |
| 010066 | 2/5/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 38,226.00 |
| 010093 | 2/12/2024 | SKATZM4 | S KATZMAN PRODUCE INC | $ | 52,131.00 |
| 123164 | 11/14/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 1,429.03 |
| 123313 | 11/21/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 4,820.50 |
| 123397 | 11/28/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 397.88 |
| 123524 | 12/7/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 3,767.27 |
| 123579 | 12/12/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 630.10 |

| | | | | | |
|---|---|---|---|---|---|
| 123798 | 12/26/2023 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 2,885.80 |
| 123918 | 1/4/2024 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 3,576.85 |
| 124032 | 1/11/2024 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 3,558.36 |
| 124086 | 1/16/2024 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 2,539.16 |
| 124317 | 2/1/2024 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 1,045.17 |
| 124375 | 2/6/2024 | SACHEE5 | SAPUTO CHEESE USA INC | $ | 360.08 |
| 122961 | 10/31/2023 | SAFARM4 | SATUR FARMS LLC | $ | 3,594.50 |
| 123012 | 11/2/2023 | SAFARM4 | SATUR FARMS LLC | $ | 5,346.00 |
| 123063 | 11/7/2023 | SAFARM4 | SATUR FARMS LLC | $ | 6,754.50 |
| 123101 | 11/9/2023 | SAFARM4 | SATUR FARMS LLC | $ | 3,199.50 |
| 123165 | 11/14/2023 | SAFARM4 | SATUR FARMS LLC | $ | 11,087.00 |
| 123227 | 11/16/2023 | SAFARM4 | SATUR FARMS LLC | $ | 3,568.50 |
| 123314 | 11/21/2023 | SAFARM4 | SATUR FARMS LLC | $ | 11,374.50 |
| 123398 | 11/28/2023 | SAFARM4 | SATUR FARMS LLC | $ | 10,665.00 |
| 123438 | 11/30/2023 | SAFARM4 | SATUR FARMS LLC | $ | 2,567.50 |
| 123486 | 12/5/2023 | SAFARM4 | SATUR FARMS LLC | $ | 3,199.50 |
| 123580 | 12/12/2023 | SAFARM4 | SATUR FARMS LLC | $ | 6,399.00 |
| 123643 | 12/14/2023 | SAFARM4 | SATUR FARMS LLC | $ | 6,043.50 |
| 123710 | 12/19/2023 | SAFARM4 | SATUR FARMS LLC | $ | 8,887.50 |
| 123752 | 12/21/2023 | SAFARM4 | SATUR FARMS LLC | $ | 4,345.00 |
| 123824 | 12/28/2023 | SAFARM4 | SATUR FARMS LLC | $ | 3,555.00 |
| 123868 | 1/2/2024 | SAFARM4 | SATUR FARMS LLC | $ | 3,199.50 |
| 123919 | 1/4/2024 | SAFARM4 | SATUR FARMS LLC | $ | 5,016.50 |
| 123972 | 1/9/2024 | SAFARM4 | SATUR FARMS LLC | $ | 7,821.00 |
| 124033 | 1/11/2024 | SAFARM4 | SATUR FARMS LLC | $ | 4,621.50 |
| 124087 | 1/16/2024 | SAFARM4 | SATUR FARMS LLC | $ | 4,621.50 |
| 124136 | 1/18/2024 | SAFARM4 | SATUR FARMS LLC | $ | 3,199.50 |
| 124179 | 1/23/2024 | SAFARM4 | SATUR FARMS LLC | $ | 3,199.50 |
| 124221 | 1/25/2024 | SAFARM4 | SATUR FARMS LLC | $ | 4,621.50 |
| 123064 | 11/7/2023 | SAVCHE5 | SAVENCIA CHEESE USA LL | $ | 11,037.22 |
| 123487 | 12/5/2023 | SAVCHE5 | SAVENCIA CHEESE USA LL | $ | 10,357.57 |
| 123869 | 1/2/2024 | SAVCHE5 | SAVENCIA CHEESE USA LL | $ | 13,438.51 |
| 124376 | 2/6/2024 | SAVCHE5 | SAVENCIA CHEESE USA LL | $ | 9,777.79 |
| 123870 | 1/2/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 32,918.75 |
| 123973 | 1/9/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 39,629.00 |
| 124088 | 1/16/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 45,275.75 |
| 124222 | 1/25/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 65,005.75 |
| 124318 | 2/1/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 44,538.00 |
| 124409 | 2/8/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 54,785.25 |
| 124457 | 2/14/2024 | SBINTE4 | SBROCCO INTERNATIONAL, | $ | 37,728.00 |
| 123013 | 11/2/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 824.23 |
| 123166 | 11/14/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 1,885.88 |
| 123315 | 11/21/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 2,238.34 |
| 123399 | 11/28/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 3,643.21 |
| 123581 | 12/12/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 3,372.68 |
| 123711 | 12/19/2023 | SCWEBE5 | SCHALLER AND WEBER | $ | 1,987.96 |
| 123920 | 1/4/2024 | SCWEBE5 | SCHALLER AND WEBER | $ | 2,765.57 |
| 124034 | 1/11/2024 | SCWEBE5 | SCHALLER AND WEBER | $ | 2,001.14 |
| 124319 | 2/1/2024 | SCWEBE5 | SCHALLER AND WEBER | $ | 1,809.86 |
| 123440 | 11/30/2023 | SEPROD4 | SEMINOLE PROD.DIST'G, | $ | 13,281.00 |
| 123644 | 12/14/2023 | SEPROD4 | SEMINOLE PROD.DIST'G, | $ | 14,503.03 |
| 123753 | 12/21/2023 | SEPROD4 | SEMINOLE PROD.DIST'G, | $ | 3,949.44 |
| 123316 | 11/21/2023 | SMFARMS | SMENTKOWSKI FARMS | $ | 6,750.00 |
| 123712 | 12/19/2023 | SMFARMS | SMENTKOWSKI FARMS | $ | 6,000.00 |
| 124089 | 1/16/2024 | SMFARMS | SMENTKOWSKI FARMS | $ | 6,750.00 |
| 123582 | 12/12/2023 | SMLUPIN | SMOLIN LUPIN | $ | 10,000.00 |
| 123974 | 1/9/2024 | SMLUPIN | SMOLIN LUPIN | $ | 11,415.44 |
| 123065 | 11/7/2023 | SOINTE5 | SOMERDALE INTERNATIONA | $ | 33,923.17 |
| 122962 | 10/31/2023 | SOBOYP4 | SONNY BOY PRODUCE | $ | 3,902.50 |
| 123167 | 11/14/2023 | SOBOYP4 | SONNY BOY PRODUCE | $ | 7,397.50 |
| 123583 | 12/12/2023 | SOBOYP4 | SONNY BOY PRODUCE | $ | 14,958.00 |
| 009726 | 11/3/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 117,255.10 |
| 009746 | 11/10/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 85,481.00 |
| 009770 | 11/17/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 105,046.69 |
| 009800 | 11/27/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | - |
| 009807 | 11/27/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | - |
| 009820 | 11/27/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 154,445.81 |
| 009793 | 11/27/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | - |
| 009843 | 12/1/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 137,826.30 |
| 009866 | 12/8/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 162,241.87 |
| 009895 | 12/15/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 123,926.70 |
| 009918 | 12/22/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 135,042.60 |
| 009942 | 12/29/2023 | SONPRO4 | SONOMA PRODUCE CO. | $ | 109,518.95 |
| 009967 | 1/5/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 77,861.00 |

| | | | | | |
|---|---|---|---|---|---|
| 009991 | 1/12/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 135,748.40 |
| 010014 | 1/19/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 108,470.85 |
| 010034 | 1/26/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 53,740.65 |
| 010061 | 2/2/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 99,517.10 |
| 010087 | 2/9/2024 | SONPRO4 | SONOMA PRODUCE CO. | $ | 80,188.10 |
| 122963 | 10/31/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 17,861.36 |
| 123014 | 11/2/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 2,259.00 |
| 123066 | 11/7/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 13,097.40 |
| 123102 | 11/9/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 5,553.42 |
| 123168 | 11/14/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 7,385.67 |
| 123228 | 11/16/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 13,618.15 |
| 123317 | 11/21/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 37,766.90 |
| 123400 | 11/28/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 2,343.33 |
| 123488 | 12/5/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 18,537.16 |
| 123525 | 12/7/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 2,383.89 |
| 123584 | 12/12/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 37,871.62 |
| 123645 | 12/14/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 19,415.61 |
| 123713 | 12/19/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 19,065.60 |
| 123755 | 12/21/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 45,614.13 |
| 123799 | 12/26/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 119,953.21 |
| 123825 | 12/28/2023 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 34,909.19 |
| 123871 | 1/2/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 73,123.73 |
| 123921 | 1/4/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 23,453.97 |
| 123976 | 1/9/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 42,164.39 |
| 124035 | 1/11/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 19,902.60 |
| 124090 | 1/16/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 47,329.06 |
| 124137 | 1/18/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 3,424.47 |
| 124180 | 1/23/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 17,514.70 |
| 124223 | 1/25/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 7,757.56 |
| 124274 | 1/30/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 57,442.52 |
| 124320 | 2/1/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 16,324.00 |
| 124377 | 2/6/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 14,656.90 |
| 124458 | 2/14/2024 | SPGLEN5 | SPRING GLEN FRESH FOOD | $ | 12,331.86 |
| 123016 | 11/2/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 9,542.50 |
| 123104 | 11/9/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 8,381.90 |
| 123231 | 11/16/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 9,206.03 |
| 123319 | 11/21/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,579.67 |
| 123441 | 11/30/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,311.87 |
| 123526 | 12/7/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 9,722.36 |
| 123647 | 12/14/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 6,172.23 |
| 123757 | 12/21/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 6,661.00 |
| 123826 | 12/28/2023 | STMANAG | STAFF MANAGEMENT GROUP | $ | 6,809.07 |
| 123922 | 1/4/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 6,506.74 |
| 124037 | 1/11/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,288.58 |
| 124138 | 1/18/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,056.68 |
| 124224 | 1/25/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,788.84 |
| 124321 | 2/1/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 6,628.11 |
| 124411 | 2/8/2024 | STMANAG | STAFF MANAGEMENT GROUP | $ | 7,186.03 |
| 123068 | 11/7/2023 | STHULI4 | STAUFFER HULING FARMS, | $ | 11,805.56 |
| 123169 | 11/14/2023 | STHULI4 | STAUFFER HULING FARMS, | $ | 11,276.39 |
| 122965 | 10/31/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 44,319.00 |
| 123067 | 11/7/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 42,580.70 |
| 123230 | 11/16/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 32,668.10 |
| 123318 | 11/21/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 44,481.25 |
| 123402 | 11/28/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 34,345.55 |
| 123489 | 12/5/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 40,838.10 |
| 123756 | 12/21/2023 | STGROW4 | STEMILT GROWERS LLC | $ | 40,577.45 |
| 123978 | 1/9/2024 | STGROW4 | STEMILT GROWERS LLC | $ | 36,405.70 |
| 124092 | 1/16/2024 | STGROW4 | STEMILT GROWERS LLC | $ | 34,979.10 |
| 124181 | 1/23/2024 | STGROW4 | STEMILT GROWERS LLC | $ | 36,002.80 |
| 124379 | 2/6/2024 | STGROW4 | STEMILT GROWERS LLC | $ | 7,468.58 |
| 124410 | 2/8/2024 | STGROW4 | STEMILT GROWERS LLC | $ | 41,314.70 |
| 123015 | 11/2/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 927.26 |
| 123103 | 11/9/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 1,533.50 |
| 123229 | 11/16/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 1,624.10 |
| 123401 | 11/28/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 1,004.50 |
| 123646 | 12/14/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 786.46 |
| 123714 | 12/19/2023 | STCPACA | STICKEL PACKAGING SUPP | $ | 550.62 |
| 123977 | 1/9/2024 | STCPACA | STICKEL PACKAGING SUPP | $ | 904.92 |
| 124036 | 1/11/2024 | STCPACA | STICKEL PACKAGING SUPP | $ | 1,526.00 |
| 124091 | 1/16/2024 | STCPACA | STICKEL PACKAGING SUPP | $ | 530.52 |
| 124275 | 1/30/2024 | STCPACA | STICKEL PACKAGING SUPP | $ | 505.50 |
| 124378 | 2/6/2024 | STCPACA | STICKEL PACKAGING SUPP | $ | 7,497.60 |
| 123320 | 11/21/2023 | STPAC13 | STICKEL PACKING SUPPLY | $ | 211.25 |

| | | | | | |
|---|---|---|---|---|---|
| 123235 | 11/16/2023 | TMARZE4 | T. MARZETTI | $ | 23,215.20 |
| 009717 | 11/2/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 36,499.31 |
| 009741 | 11/9/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 35,483.18 |
| 009762 | 11/16/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 35,261.60 |
| 009783 | 11/24/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 31,700.00 |
| 009831 | 11/30/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 34,941.16 |
| 009857 | 12/7/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 33,827.13 |
| 009884 | 12/14/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 31,836.84 |
| 009908 | 12/21/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 34,274.99 |
| 009932 | 12/28/2023 | TJPUP25 | T.J. PUPILLO, INC | $ | 35,488.72 |
| 009958 | 1/4/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 40,006.16 |
| 009984 | 1/11/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 34,775.57 |
| 010003 | 1/18/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 31,102.93 |
| 010026 | 1/25/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 32,607.28 |
| 010051 | 2/1/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 28,141.52 |
| 010077 | 2/8/2024 | TJPUP25 | T.J. PUPILLO, INC | $ | 29,759.18 |
| 009718 | 11/2/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,023.38 |
| 009742 | 11/9/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,992.84 |
| 009763 | 11/16/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 4,659.38 |
| 009784 | 11/24/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 7,206.86 |
| 009832 | 11/30/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,332.71 |
| 009858 | 12/7/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,268.06 |
| 009885 | 12/14/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 3,816.20 |
| 009909 | 12/21/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 6,225.72 |
| 009933 | 12/28/2023 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,667.25 |
| 009959 | 1/4/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 4,912.37 |
| 009985 | 1/11/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 3,474.40 |
| 010004 | 1/18/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 4,995.48 |
| 010027 | 1/25/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,398.62 |
| 010052 | 2/1/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 4,495.84 |
| 010078 | 2/8/2024 | TJPUPI4 | T.J. PUPILLO,INC. | $ | 5,034.20 |
| 123021 | 11/2/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 729.72 |
| 123070 | 11/7/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 2,887.69 |
| 123105 | 11/9/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,144.30 |
| 123174 | 11/14/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,912.64 |
| 123234 | 11/16/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,302.29 |
| 123324 | 11/21/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 5,075.31 |
| 000655 | 11/24/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | - |
| 123407 | 11/28/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,134.72 |
| 123442 | 11/30/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,160.17 |
| 123493 | 12/5/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,148.17 |
| 123530 | 12/7/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,733.14 |
| 123587 | 12/12/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 777.62 |
| 123650 | 12/14/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,869.99 |
| 123717 | 12/19/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 579.26 |
| 123759 | 12/21/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,429.73 |
| 123804 | 12/26/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,350.27 |
| 123828 | 12/28/2023 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,453.78 |
| 123874 | 1/2/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,035.52 |
| 123924 | 1/4/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 3,561.76 |
| 124039 | 1/11/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 893.49 |
| 124097 | 1/16/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 2,652.02 |
| 124141 | 1/18/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,273.91 |
| 124186 | 1/23/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,927.49 |
| 124279 | 1/30/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 1,428.16 |
| 124383 | 2/6/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 2,521.22 |
| 124460 | 2/14/2024 | TJPUPI5 | T.J.PUPILLO,INC | $ | 4,055.24 |
| 122966 | 10/31/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | - |
| 123018 | 11/2/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 15,001.65 |
| 123069 | 11/7/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 9,360.38 |
| 123171 | 11/14/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 19,805.27 |
| 123232 | 11/16/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 2,428.08 |
| 123321 | 11/21/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 14,649.41 |
| 123404 | 11/28/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 14,083.94 |
| 123491 | 12/5/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 8,158.38 |
| 123527 | 12/7/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 4,579.44 |
| 123585 | 12/12/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 9,523.18 |
| 123648 | 12/14/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 4,824.33 |
| 123715 | 12/19/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 14,551.42 |
| 123758 | 12/21/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 1,668.77 |
| 123801 | 12/26/2023 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 12,762.10 |
| 123872 | 1/2/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 6,580.25 |
| 123923 | 1/4/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 3,526.06 |
| 123980 | 1/9/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 7,726.26 |

| | | | | | |
|---|---|---|---|---|---|
| 124038 | 1/11/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 4,295.21 |
| 124094 | 1/16/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 8,879.42 |
| 124139 | 1/18/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 5,405.90 |
| 124183 | 1/23/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 2,267.44 |
| 124225 | 1/25/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 6,595.31 |
| 124277 | 1/30/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 7,843.11 |
| 124322 | 2/1/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 6,103.51 |
| 124381 | 2/6/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 3,326.75 |
| 124459 | 2/14/2024 | TAYFAR5 | TAYLOR FARMS NEW JERSE | $ | 5,352.06 |
| 009716 | 11/2/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 18,257.67 |
| 009740 | 11/9/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 20,479.86 |
| 009761 | 11/16/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 20,070.46 |
| 009782 | 11/24/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 19,968.74 |
| 009830 | 11/30/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 18,065.35 |
| 009856 | 12/7/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 19,393.90 |
| 009883 | 12/14/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 37,460.84 |
| 009907 | 12/21/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 6,884.20 |
| 009931 | 12/28/2023 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 19,439.16 |
| 009957 | 1/4/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 13,123.33 |
| 009983 | 1/11/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 12,188.10 |
| 010002 | 1/18/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 14,816.87 |
| 010025 | 1/25/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 25,300.23 |
| 010050 | 2/1/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 13,999.95 |
| 010076 | 2/8/2024 | TARETA4 | TAYLOR FARMS RETAIL, I | $ | 18,514.01 |
| 122967 | 10/31/2023 | TESPORT | TEAM SPORTSTURF | $ | 2,025.88 |
| 123405 | 11/28/2023 | TESPORT | TEAM SPORTSTURF | $ | 3,225.41 |
| 123802 | 12/26/2023 | TESPORT | TEAM SPORTSTURF | $ | 3,332.03 |
| 123112 | 11/14/2023 | AMCOMP5 | THE AMBRIOLA CO., INC. | $ | 8,378.22 |
| 123656 | 12/19/2023 | AMCOMP5 | THE AMBRIOLA CO., INC. | $ | 11,530.08 |
| 123881 | 1/4/2024 | AMCOMP5 | THE AMBRIOLA CO., INC. | $ | 21,246.67 |
| 123019 | 11/2/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,200.00 |
| 123172 | 11/14/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 4,490.00 |
| 123322 | 11/21/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,483.50 |
| 123406 | 11/28/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,914.00 |
| 123528 | 12/7/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,700.00 |
| 123586 | 12/12/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,700.00 |
| 123649 | 12/14/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,656.00 |
| 123716 | 12/19/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,284.00 |
| 123803 | 12/26/2023 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,497.00 |
| 123873 | 1/2/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,550.00 |
| 123981 | 1/9/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,236.00 |
| 124095 | 1/16/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,119.00 |
| 124140 | 1/18/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,595.50 |
| 124184 | 1/23/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 1,350.00 |
| 124226 | 1/25/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 493.50 |
| 124278 | 1/30/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 3,164.50 |
| 124382 | 2/6/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 2,534.25 |
| 124412 | 2/8/2024 | THCLAS4 | THE CLASS PRODUCE GROU | $ | 1,931.00 |
| 123020 | 11/2/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 21,828.00 |
| 123173 | 11/14/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 7,224.00 |
| 123233 | 11/16/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 11,424.00 |
| 123323 | 11/21/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 24,480.00 |
| 123492 | 12/5/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 17,040.00 |
| 123529 | 12/7/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 57,754.00 |
| 123827 | 12/28/2023 | THFRUI4 | THE FRUITIST COMPANY | $ | 12,648.00 |
| 124096 | 1/16/2024 | THFRUI4 | THE FRUITIST COMPANY | $ | 15,300.00 |
| 124185 | 1/23/2024 | THFRUI4 | THE FRUITIST COMPANY | $ | 17,952.00 |
| 123003 | 11/2/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 10,630.80 |
| 123056 | 11/7/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 8,659.66 |
| 123153 | 11/14/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 8,205.20 |
| 123217 | 11/16/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 2,740.20 |
| 123300 | 11/21/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 10,626.10 |
| 123386 | 11/28/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 5,305.20 |
| 123433 | 11/30/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 4,341.85 |
| 123480 | 12/5/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 6,256.52 |
| 123634 | 12/14/2023 | NUCOMP4 | THE NUNES CO. INC. | $ | 16,132.00 |
| 123860 | 1/2/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 1,751.87 |
| 123912 | 1/4/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 10,732.99 |
| 123964 | 1/9/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 10,325.46 |
| 124130 | 1/18/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 10,865.45 |
| 124172 | 1/23/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 3,811.90 |
| 124214 | 1/25/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 9,691.20 |
| 124313 | 2/1/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 2,516.55 |
| 124366 | 2/6/2024 | NUCOMP4 | THE NUNES CO. INC. | $ | 4,436.15 |

| | | | | | |
|---|---|---|---|---|---|
| 123170 | 11/14/2023 | SYHOUSE | THE SYSTEMS HOUSE, INC | $ | 2,152.50 |
| 123403 | 11/28/2023 | SYHOUSE | THE SYSTEMS HOUSE, INC | $ | 682.50 |
| 123800 | 12/26/2023 | SYHOUSE | THE SYSTEMS HOUSE, INC | $ | 420.00 |
| 124093 | 1/16/2024 | SYHOUSE | THE SYSTEMS HOUSE, INC | $ | 7,940.87 |
| 124276 | 1/30/2024 | SYHOUSE | THE SYSTEMS HOUSE, INC | $ | 2,572.50 |
| 009736 | 11/3/2023 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,306.20 |
| 009779 | 11/17/2023 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,220.10 |
| 009853 | 12/1/2023 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,306.20 |
| 009904 | 12/18/2023 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,220.10 |
| 009954 | 12/29/2023 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,306.20 |
| 010022 | 1/19/2024 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,220.10 |
| 010072 | 2/2/2024 | TRAVELE | TRAVELERS CL REMITTANC | $ | 1,306.20 |
| 123023 | 11/2/2023 | USFOOD5 | US FOODS | $ | 3,725.25 |
| 123071 | 11/7/2023 | USFOOD5 | US FOODS | $ | 3,292.58 |
| 123177 | 11/14/2023 | USFOOD5 | US FOODS | $ | 3,205.56 |
| 123236 | 11/16/2023 | USFOOD5 | US FOODS | $ | 4,078.60 |
| 123409 | 11/28/2023 | USFOOD5 | US FOODS | $ | 4,480.70 |
| 123494 | 12/5/2023 | USFOOD5 | US FOODS | $ | 3,810.00 |
| 123589 | 12/12/2023 | USFOOD5 | US FOODS | $ | 3,173.36 |
| 123718 | 12/19/2023 | USFOOD5 | US FOODS | $ | 2,731.05 |
| 123805 | 12/26/2023 | USFOOD5 | US FOODS | $ | 3,427.20 |
| 123926 | 1/4/2024 | USFOOD5 | US FOODS | $ | 4,300.80 |
| 123982 | 1/9/2024 | USFOOD5 | US FOODS | $ | 2,578.12 |
| 124040 | 1/11/2024 | USFOOD5 | US FOODS | $ | 2,071.20 |
| 124098 | 1/16/2024 | USFOOD5 | US FOODS | $ | 773.85 |
| 124187 | 1/23/2024 | USFOOD5 | US FOODS | $ | 3,043.76 |
| 124281 | 1/30/2024 | USFOOD5 | US FOODS | $ | 1,642.82 |
| 124323 | 2/1/2024 | USFOOD5 | US FOODS | $ | 747.66 |
| 124386 | 2/6/2024 | USFOOD5 | US FOODS | $ | 3,442.61 |
| 123238 | 11/16/2023 | VIBOX13 | VICTORY BOX CORP. | $ | 1,851.75 |
| 123594 | 12/12/2023 | VIBOX13 | VICTORY BOX CORP. | $ | 2,619.75 |
| 123719 | 12/19/2023 | VIBOX13 | VICTORY BOX CORP. | $ | 2,563.25 |
| 124041 | 1/11/2024 | VIBOX13 | VICTORY BOX CORP. | $ | 2,013.50 |
| 124284 | 1/30/2024 | VIBOX13 | VICTORY BOX CORP. | $ | 2,413.50 |
| 124388 | 2/6/2024 | VIBOX13 | VICTORY BOX CORP. | $ | 2,563.25 |
| 009719 | 11/2/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 8,172.00 |
| 009743 | 11/9/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 7,818.00 |
| 009764 | 11/16/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 10,050.00 |
| 009785 | 11/24/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 9,828.00 |
| 009833 | 11/30/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 9,246.00 |
| 009859 | 12/7/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 10,128.00 |
| 009886 | 12/14/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 11,025.00 |
| 009910 | 12/21/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 11,889.00 |
| 009934 | 12/28/2023 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 14,976.00 |
| 009960 | 1/4/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 9,555.00 |
| 009986 | 1/11/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 11,457.00 |
| 010005 | 1/18/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 10,764.00 |
| 010028 | 1/25/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 10,884.00 |
| 010053 | 2/1/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 11,658.00 |
| 010079 | 2/8/2024 | WEBANA4 | WESTWOOD BANANA CO., I | $ | 11,070.00 |
| 124229 | 1/25/2024 | WIKOPK4 | WILLIAM H. KOPKE JR.IN | $ | 7,162.00 |
| 124324 | 2/1/2024 | WIKOPK4 | WILLIAM H. KOPKE JR.IN | $ | 3,738.00 |
| 124462 | 2/14/2024 | WIKOPK4 | WILLIAM H. KOPKE JR.IN | $ | 5,845.00 |
| 123027 | 11/2/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 4,077.90 |
| 123178 | 11/14/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 13,583.35 |
| 123328 | 11/21/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 7,483.35 |
| 123411 | 11/28/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 4,363.15 |
| 123532 | 12/7/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 11,320.50 |
| 123720 | 12/19/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 7,617.75 |
| 123807 | 12/26/2023 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 3,286.80 |
| 123927 | 1/4/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 3,275.55 |
| 124042 | 1/11/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 3,233.25 |
| 124142 | 1/18/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 5,644.80 |
| 124230 | 1/25/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 4,534.65 |
| 124390 | 2/6/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 2,725.20 |
| 124463 | 2/14/2024 | WMBOLT4 | WM. BOLTHOUSE FARMS, I | $ | 4,077.90 |
| 123072 | 11/7/2023 | WOFIREP | WONDER FIRE PROTECTION | $ | (6,943.42) |
| 123072 | 11/7/2023 | WOFIREP | WONDER FIRE PROTECTION | $ | 6,943.42 |
| 123808 | 12/26/2023 | WOFIREP | WONDER FIRE PROTECTION | $ | 600.00 |
| 123876 | 1/2/2024 | WOFIREP | WONDER FIRE PROTECTION | $ | 6,943.42 |
| 123108 | 11/9/2023 | WOMEAT5 | WONDER MEATS INC. | $ | 3,470.98 |
| 123412 | 11/28/2023 | WOMEAT5 | WONDER MEATS INC. | $ | 6,946.74 |
| 123929 | 1/4/2024 | WOMEAT5 | WONDER MEATS INC. | $ | 7,113.86 |
| 009720 | 11/2/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 25,621.25 |

| 009744 | 11/9/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 12,786.00 |
| 009765 | 11/16/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 9,494.95 |
| 009786 | 11/24/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 20,298.40 |
| 009834 | 11/30/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 17,481.50 |
| 009860 | 12/7/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 37,111.50 |
| 009887 | 12/14/2023 | WUSHA13 | WUHL SHAFMAN | $ | 1,184.40 |
| 009888 | 12/14/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 20,149.90 |
| 009911 | 12/21/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 8,204.61 |
| 009935 | 12/28/2023 | WUSHA13 | WUHL SHAFMAN | $ | 1,282.50 |
| 009936 | 12/28/2023 | WUSHAF4 | WUHL SHAFMAN | $ | 18,482.95 |
| 009961 | 1/4/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 7,948.30 |
| 009987 | 1/11/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 15,070.64 |
| 010006 | 1/18/2024 | WUSHA13 | WUHL SHAFMAN | $ | 1,425.00 |
| 010007 | 1/18/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 7,470.20 |
| 010029 | 1/25/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 19,979.00 |
| 010054 | 2/1/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 12,150.60 |
| 010080 | 2/8/2024 | WUSHA13 | WUHL SHAFMAN | $ | 2,394.00 |
| 010081 | 2/8/2024 | WUSHAF4 | WUHL SHAFMAN | $ | 11,847.55 |
| 123496 | 12/5/2023 | YAFOOD5 | YAZA FOODS LLC | $ | 12,479.00 |
| 124143 | 1/18/2024 | YAFOOD5 | YAZA FOODS LLC | $ | 6,855.04 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    RLB Food Distributors LP                                              Case No. _____

                                              Debtor(s)              Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ 75,000.00

    Prior to the filing of this statement I have received _____    $ _____ 75,000.00

    Balance Due _____    $ _____ 0.00

2.  $ __1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__February 28, 2024__                          /s/ Donald W. Clarke
*Date*                                         Donald W. Clarke
                                               *Signature of Attorney*
                                               GENOVA BURNS LLC
                                               110 Allen Road
                                               Suite 304
                                               Basking Ridge, NJ 07920
                                               (973) 467-2700   Fax: (973) 467-8126
                                               dclarke@genovaburns.com
                                               *Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re    RLB Food Distributors LP                           Case No. _____

                                 Debtor(s)          Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Executive VP, CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 28, 2024                      Signature    /s/ Pat Mele III

                                                                 Pat Mele III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   RLB Food Distributors LP                                  Case No.

                                                   Debtor(s)      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Executive VP, CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 28, 2024                    /s/ Pat Mele III
                                             Pat Mele III/Executive VP, CFO
                                             Signer/Title

A & J Produce Corp.
140A New York City Terminal
Bronx, NY 10474


A. Gurda Produce Co.
PO Box 377
Slate Hill, NY 10973


Access Corp
PO Box 782998
Philadelphia, PA 19178-2998


Action Group Staffing
Drake Nelson LLC
PO Box 100, Dept. 520
Bixby, OK 74008


AJ Trucco Inc., Import Division
344 NYC Terminal Market
Bronx, NY 10474


All State Striping, LLC
15 Oak Road
Fairfield, NJ 07004


American Express
PO Box 1270
Newark, NJ 07101


American Overhead Door & Dock
PO Box 942
Langhorne, PA 19047


American Wear, Inc.
23 Centerway, Floor 2
East Orange, NJ 07017


Ark Foods LLC
PO Box 21061
Brooklyn, NY 11202


Arla Foods, Inc.
PO Box 200320
Pittsburgh, PA 15251-0320

Arthur Schuman, Inc.
PO Box 70038
Newark, NJ 07101

Atalanta Corporation
PO Box 74008466
Chicago, IL 60675-8466

Basil W. Coale, Jr., Director PACA Div.
USDA Agricultural Marketing Service
100 Riverview Pkwy, Suite 101
Fredericksburg, VA 22406

Bertozzi of America
PO Box 712674
Philadelphia, PA 19170-2674

Bimmy's Food Made With Love
4700 33rd St.
Long Island City, NY 11101

Blount Seafood Corp.
630 Currant Road
Fall River, MA 02720

Bozzuto's Inc.
275 Schoolhouse Road
Cheshire, CT 06410

Brooklake Country Club
139 Brooklake Road
Florham Park, NJ 07932

Brooklyn Cured
570 Westminster Road, A23
Brooklyn, NY 11230

Bryant Elam

Bulb Depot Inc.
192 Lackawanna Ave., Unit 1
Woodland Park, NJ 07424

Bunzl
Attn: A/P Theresa
27 Distribution Way
Monmouth Junction, NJ 08852


Busseto Foods
PO Box 12403
Fresno, CA 93777


Byline Financial Group
Bin 88205
Milwaukee, WI 53288-8205


Cafe Spice LLC
677 Little Britain Road
New Windsor, NY 12553


Calavo Growers, Inc.
File #7600
Los Angeles, CA 90021-7600


Cartridge World West Orange
t/a Hanner Too LLC
623 Eagle Roc Ave, Ste 377
West Orange, NJ 07052


CBM Solutions LLC
28 Bloomfield Ave
Suite 301
Pine Brook, NJ 07058


Centerline Drivers, LLC
PO Box 31001-1431
Pasadena, CA 91110-1431


Chef's Warehouse c/o Dair
PO Box 30943
New York, NY 10018-0943


Chobani, LLC
PO Box 417259
Boston, MA 02241

Chris Pino
175 Morris St., Apt. 321
Morristown, NJ 07960


Citterio USA Corporation
2376 SR940 Hwy
Freeland, PA 18224


Colin M. Lynch, Esq.
Zazzali P.C.
570 Broad St., Suite 1402
Newark, NJ 07102


Columbia Bank
19-01 Route 208 North
Fair Lawn, NJ 07410


Comcast Cablevision
PO Box 70219
Philadelphia, PA 19176-0219


Comfort Inn & Conference
4500 Crain Hwy
Bowie, MD 20716


Commercial Trailer Leasing
PO Box 23465
New York, NY 10001-3465


Commercial Trailer Leasing, Inc.
PO Box 23465
New York, NY 10087-3465


Conway Import Co., Inc.
11051 W. Addison St.
Franklin Park, IL 60131


Corproate Copier Service LLC
147 Jamestown Road
Basking Ridge, NJ 07920


CPT NJ 2 Dedrick LLC
c/o NAI Hanson Mgmt LLC
195 North St., Suite 100
Teterboro, NJ 07608

Custom Blends, Inc.
dba Cindy Kitchen
40 Industrial Blvd.
Brockton, MA 02301


D'Arrigo Bros Co., Inc.
315 NYC Terminal Market
Bronx, NY 10474


D'Arrigo Bros. of California
PO Box 742911
Los Angeles, CA 90076-2911


Dan Graiff Farms LLC
106 Yegla Lane
Newfield, NJ 08344


Danny's Treats, Inc.
8 Dale Lane
Hauppauge, NY 11788


Danone US LLC
PO Box 7247-8978
Philadelphia, PA 19019


Delage Landing Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Direct Source Marketing
118 N. Bedford Road
Mount Kisco, NY 10549


Dole Fresh Fruit Company
PO Box 405687
Atlanta, GA 30384-5687


Domestic Produce Co.
100 Richards Way
Avondale, PA 19311


Don's Food Products
4461 Township Line Road
Schwenksville, PA 19473

Driscoll Strawberry Associates
PO Box 201261
Dallas, TX 75201-1261


Dubois Chemicals Inc.
2659 Solution Center
Chicago, IL 60677-2006


E-Z Pass Cusomer Service Center
PO Box 52003
Newark, NJ 07101-8203


East Coast Fresh
9001 Whiskey Bottom Road
Laurel, MD 20723


Eastern Produce Council
PO Box 897
New Providence, NJ 07974


Electric Battery Co. LLC
PO Box 371
Wyckoff, NJ 07481


Empire Commercial Services
203 Main Street
Metuchen, NJ 08840


Esti Foods LLC
275 Veterans Blvd
Rutherford, NJ 07070


Exxon Mobile Wex
PO Box 6293
Carol Stream, IL 60116-6293


Federal Express Corp.
PO Box 371461
Pittsburgh, PA 15250-7461


Firehook of Virginia, Inc.
14701 Flint Lee Road
Chantilly, VA 20151

Fisher Scientific Company, LLC
PO Box 3648
Boston, MA 02241-3648


Floyd Avillo
16 Friar Lane
Clifton, NJ 07013


Foodmatch, Inc.
575 Eight Ave., 23rd Fl.
New York, NY 10018


Forever Cheese, Inc.
12 W. 27th St., 14th Fl.
New York, NY 10001


Frank Donio, Inc.
PO Box 529
Hammonton, NJ 08037


Fresh Express, Inc.
PO Box 202729
Dallas, TX 75320-2729


G&R Farms
PO Box 926
Glennville, GA 30427


Galloni USA
PO Box 295
Montvale, NJ 07645


Genserve, LLC
PO Box 23974
New York, NY 10087-3974


Gilbertie's Herb Gardens
6 Adams Road
Easton, CT 06612


Giorgio Fresh Company
PO Box 891368
Philadelphia, PA 19101-1368

Goodness Gardens Inc.
PO Box 136
Fire Island, NY 11782-0136


Gotham Greens Farms LLC
810 Humboldt Street
Brooklyn, NY 11222


Gourmet Boutique LLC
PO Box 11518
Newark, NJ 07101


Gourmet Foods International
29205 Network Place
Chicago, IL 60673-1292


GP Design Inc.
8 Haynes Creek Lane
Medford, NJ 08055


Grafton Vill. Chs. Co. Inc.
400 Linden St
Brattleboro, VT 05301


Groezinger Provisions Inc.
1200 7th Ave.
Neptune, NJ 07753


H. Vanzo Knife Services, Inc.
P.O. Box 335
Croton Falls, NY 10519


Hampton Farms
PO Box 149
Severn, NC 27877-0149


Hampton Inn Westport
53 Old Bedford Road
Westport, MA 02790


Hartford Flowers

Hearty Acquisition LLC
Attn: Anthony Mular
7444 W. Wilson Ave
Harwood Heights, IL 60706


Hollandia Produce
PO Box 1327
Carpinteria, CA 93014


House Foods America Corp.
7351 Orangewood Ave
Garden Grove, CA 92841


Hudson River Fruit Dist.
65 Old Indian Road
Milton, NY 12547


IBM Corporation
PO Box 643600
Pittsburgh, PA 15264-3600


IBT Local 863 Retirement Sav Plan
209 Summit Road
Mountainside, NJ 07092


IEH Labories & Consulting
15300 Bothell Way NE
Lake Forest Park, WA 98155


Impulse Courier Service, Inc.
628 Route 10 West
Whippany, NJ 07981


Industrial Labeling System, Inc.
50 Kulick Road
Fairfield, NJ 07004


Intac Actuarial Services, Inc.
PO Box 55970
Boston, MA 02205


International Delicacies Inc.
2100-F Atlas Road
Richmond, CA 94806

IPFS Corporation
3522 Thomasville Road
Suite 400
Tallahassee, FL 32309


IWS of NJ, Inc.
PO Box 554744
Detroit, MI 48228-4744


Jianlie Yu
16339 25th Dr.
Flushing, NY 11358


John WM Macy's Cheesestks
80 Kipp Avenue
Elmwood Park, NJ 07407


Jose Troya
12 Salem Lane
Selden, NY 11784


K.W. Rastall, LLC
PO Box 536782
Pittsburgh, PA 15212-5909


KCG Energy Management LLC
70 Pine Brook Road
Towaco, NJ 07082


Kenneth P. Traum, Esq.
325 Claremont Ave., Unit 2
Montclair, NJ 07042


Kept Companies, Inc.
PO Box 36014
Newark, NJ 07101-6014


Key UDC
PO Box 810425
Boca Raton, FL 33481-0425


La Pasta, Inc.
2727 Pittman Drive
Silver Spring, MD 20910

LGS Specialty Sales Ltd.
1 Radisson Plaza
10th Floor, Suite 1022
New Rochelle, NY 10801


Lilly's Wholesale
367C Bay Shore Road
Deer Park, NY 11729


Lioni Latticini, Inc.
555 Lehigh Ave
Union, NJ 07083


Little Leaf Farms, LLC
PO Box 2069
Devens, MA 01434


Local  863 Pension
209 Summit Road
Mountainside, NJ 07092


Local 863 Welfare
209 Summit Road
Mountainside, NJ 07092


Longview Trading Inc.
c/o Signature Bank
100 Jericho Quad, Suite 12
Jericho, NY 11753


Love Beets USA LLC
1100 East Hector Street
Suite 323
Conshohocken, PA 19428


Macro Vegetarian
12 South Middlesex Ave.
Monroe Township, NJ 08831


Maplebrook Farm Mt. Mozza
441 Water St.
North Bennington, VT 05257

Mastronardi Produce Ltd
PO Box 71227
Chicago, IL 60601-1227


Maurice A. Auerbach Inc.
117 Seaview Drive
Secaucus, NJ 07094


MB Imports, Inc.
777 Passaic Ave., Suite 499
Clifton, NJ 07012


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Melissa's/World Variet Produce
PO Box 514599
p, CA 90051


Miatech Inc.
9480 SE Lawnfield Road
Clackamas, OR 97015


Mountainside Medical Group
PO Box 5257
New York, NY 10150-5257


N.J. Motor Truck Association
160 Tices Lane
Public Education Committee
East Brunswick, NJ 08816


Natalie's Orchid Island Juice
330 North US Highway One
Fort Pierce, FL 34950


Nature Sweet, Ltd.
39245 Treasury Center
Chicago, IL 60694-9200


Natures Way Farms, Inc.
7795 Suttontown Road
Faison, NC 28341

Natureseal, Inc.
PO Box 73495
Cleveland, OH 44193


Nodine's Smokehouse, Inc.
65 Fowler Ave
Torrington, CT 06790


Northeast Personnel Service
132 Shawnee Path
Millington, NJ 07946


NYC Dept of Finance
PO Box 3213
Church Street Station
New York, NY 10242-0323


Oishii Farm Corporation
101 Linden Avenue E.
Jersey City, NJ 07305


Omnitracs LLC
File No. 54210
Los Angeles, CA 90074-4210


Onofrio's Ultimate Foods
35 Wheeler St
New Haven, CT 06512


Operating Enhancements LLC
31 Woodmere Drive
Summit, NJ 07901


Organicgirl
PO Box 207179
Dallas, TX 75260-7179


Orinoco Coffee and Tea
8265 Patuxent Range Road
Suite L
Jessup, MD 20794


Oscar Aguilar

Paige Packaging, Inc.
1 Paul Kohner Place
Elmwood Park, NJ 07407

Panorama Produce Sales
933 Mamaroneck Ave.
Suite 201
Mamaroneck, NY 10543

Paris Gourmet, Inc.
145 Grand St.
Carlstadt, NJ 07072

Parmacotto LLC
250 Moonachie Road
Suite 201
Moonachie, NJ 07074

Pat Mele III
19 Baker Ave
Berkeley Heights, NJ 07922

Paterson Pickle Co., Inc.
285 Fourth Ave
Paterson, NJ 07514

Patriot Pickle
20 Edison Drive
Wayne, NJ 07470

Penske Truck Leasing
PO Box 827380
Philadelphia, PA 19182-7380

Penske Truck Leasing Co.
PO Box 827360
Philadelphia, PA 19182-7360

Pero Family Farms Food Co, LLC
14095 State Road 7
Delray Beach, FL 33446

POM Wonderful LLC
PO Box 841485
Los Angeles, CA 90064-1485

Potandon Produce
Dept. CH 16756
Palatine, IL 60055-6756


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Quadient Inc.
Dept. 3689
PO Box 123689
Dallas, TX 75312-3689


Quikteks LLC
373 E. Route 46 West
Fairfield, NJ 07004


Racioppi's Taralles Inc.
169 Bloomfield Ave
Bloomfield, NJ 07003


Ready Pac Produce, Inc.
PO Box 102847
Pasadena, CA 91106-2847


Roadnet Technologies, Inc.
PO Box 840720
Dallas, TX 75284-0720


Russell Reid
PO Box 735008
Dallas, TX 75260


S Katzman Produce Inc.
213 Row B
NYC Terminal Market
Bronx, NY 10474


Saputo Cheese USA Inc.
2515 Collection Center Dr
Chicago, IL 60693

Sbrocco International, Inc.
20000 Horizon Way
Suite 750
Mount Laurel, NJ 08054


Schaller and Weber
64 Rye Avenue
Staten Island, NY 10312


Sensitech Inc.
PO Box 742000
Los Angeles, CA 90074-2000


Smentkowski Farms
PO Box 7091
Monroe Township, NJ 08831


Smolin Lupin & Co.
165 Passaic Avenue
Fairfield, NJ 07004


Somerdale International, Ltd.
PO Box 845123
Boston, MA 02284-5123


Sonoma Produce Co.
PO Box 2525
Santa Rosa, CA 95405


Spectrotel
PO Box 52446
Newark, NJ 07101-0227


Spring Glen Fresh Foods, Inc.
PO Box 334
Hanover, PA 17331


Staff Management Group LLC
314 Campus Drive
Edison, NJ 08837


State Garden, Inc.
240 2nd Street
Chelsea, MA 02150

Stemilt Growers LLC
32268 Collection Center Dr
Chicago, IL 60602


Steven Hantis
332 Mt. Pleasant Ave
Dover, NJ 07801


Stickel Packaging Supply
1991 Rutgers Univ. Blvd.
Lakewood, NJ 08701


Stickel Packing Supply
1991 Rutgers Univ. Blvd.
Lakewood, NJ 08701


Supherb Farms
PO Box 7739
Los Angeles, CA 90007-7739


Sysco Food Services of Metro New York
20 Theodore Conrad Drive
Jersey City, NJ 07305


T. Marzetti
Dept. L 818
Columbus, OH 43260


T.J. Pupillo, Inc.
PO Box 51020
Mainland, PA 19451


Taylor Farms New Jersey, Inc.
406-A Heron Drive
Swedesboro, NJ 08085


Taylor Farms Retail, Inc.
PO Box 742889
Los Angeles, CA 90074


Teri Torack
22 Payne Ave
Midland Park, NJ 07432

The Class Produce Group, LLC
PO Box 2003
Jessup, MD 20794-2003


The Fruitist Company
2121 Avenue of the Stars
Suite 2570
Los Angeles, CA 90067


The Nunes Co. Inc.
PO Box 80006
Salinas, CA 93906-0006


The United Way of Tri-State
PO Box 1944
New York, NY 10017-1944


The Wall Street Journal
PO Box 7020
Chicopee, MA 01020-7020


Township of West Caldwell
30 Clinton Road
West Caldwell, NJ 07006


Travelers Remittance Center
PO Box 660317
Dallas, TX 75266-0317


TSS Facility Services, Inc.
999 Rahway Avenue
Union, NJ 07083


Tulpehocken Mountain Sprng Water
4 Lincoln Drive
Fairfield, NJ 07004


US Foods
PO Box 641871
Pittsburgh, PA 15264


Vel Belushin, Esq.
1712 Kings Highway, Ste 2
Brooklyn, NY 11229

Verified First
PO Box 246
Spokane, WA 99210


Versacomp
3185 Cherokee St. NW
Suite 400
Kennesaw, GA 30144


Victory Box Corp.
PO Box 842
Cranford, NJ 07016


W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101


W.W. Grainger, Inc.
Dept. 829939388
Palentine, IL 60938-9388


Walter Stewarts Market
229 Elm Street
New Canaan, CT 06840


Wells Fargo Equipment Finance
Manufacturer Service Group
PO Box 7777
San Francisco, CA 94102-7777


West Essex Industrial Park
c/o Cronheim Management
PO Box 268
Chatham, NJ 07928


Westwood Banana Co., Inc.
109 Prospect Place
Hillsdale, NJ 07642


William H. Kopke Jr., Inc.
99 Seaview Blvd., Suite 320
Port Washington, NY 11050

Wm. Bolthouse Farms, Inc.
7200 East Brundage Lane
Bakersfield, CA 93307


Wonder Meats, Inc.
PO Box 6522
Carlstadt, NJ 07072


Wonderful Pistachios & Almonds
11444W Olympic Blvd. #310
Los Angeles, CA 90064


Wuhl Shafman
84 Lockwood Street
Newark, NJ 07103

# United States Bankruptcy Court
### District of New Jersey

In re    RLB Food Distributors LP                               Case No. _____

                                      Debtor(s)             Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    RLB Food Distributors LP    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| February 28, 2024 | /s/ Donald W. Clarke |
| Date | Donald W. Clarke |
| | Signature of Attorney or Litigant |
| | Counsel for    RLB Food Distributors LP |
| | GENOVA BURNS LLC |
| | 110 Allen Road |
| | Suite 304 |
| | Basking Ridge, NJ 07920 |
| | (973) 467-2700 Fax:(973) 467-8126 |
| | dclarke@genovaburns.com |