UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jonathan I. Rabinowitz, Esq.
Jay L. Lubetkin, Esq.
Jeffrey A. Cooper, Esq.
Barry J. Roy, Esq.
*Proposed Counsel to Debtor/Debtor-In-Possession*

| | |
|---|---|
| In re:<br><br>RLB FOOD DISTRIBUTORS LP d/b/a FRESHPRO FOOD DISTRIBUTORS,<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 24-12110<br><br>Honorable John K. Sherwood |

## AMENDMENT TO SCHEDULE "E"

RLB Food Distributors LP d/b/a FreshPro Food Distributors (the 'Debtor"), hereby

request that the following creditors be added to Schedule "E"

Mark Antoch
6 Reynolds Terrace
Sparta, NJ 07871

Richard Arduini
23 Lincoln Avenue
Ogdensburg, NJ 07439

Keino Blake
1017 East 7th Street
Plainfield, NJ 07062

Paula Britton
2 Arcata lane
West Milford, NJ 07480

Tricia Canavan
1 Mountainview Court
Riverdale, NJ 07457

Sabine Cima Fortune
1116 E Front Street
Plainfield, NJ  07062

Peter Collis
51 Duell Road
White Plains, NY  10603

Javier De Los Santos
37 Harrington Street
Bergenfield, NJ  07621

Bradley Ehnert
210 Christian Street
Apt. 1R
Philadelphia, PA  19147

Rima Ellis
2405 Ramapo Court
Riverdale, NJ  07457

Martin Flores
34 York Road S.
Bloomingburg, NY  12721

Joseph Granata
8 Hope Street
Montvale, NJ  07645

Marla Kapner
5 Elmwood Avenue
West Orange, NJ  07052

Saundra Lake
42 Chittenden Road
Clifton, NJ  07013

Michael Lezcano
71 Clinton Avenue
Clifton, NJ  07011

Charles Martirano
PO Box 187
Mohegan Lake, NY10547

Jeanette Matthews
4 Margaret Court
Haskell, NJ  07420

Nelson Mercado
808 Shannon Avenue

Perth Amboy, NJ  08861

Carlos Morales
239 Palisade Avenue
Garfield, NJ  07026

Deirdre Pauldo
744 20th Avenue
Apt. 12
Paterson, NJ  07504

Amaury Reyes
18 Landscape Avenue
Yonkers, NY  10705

Marquel Robinson
133 Hollywood Avenue
East Orange, NJ  07018

Wendy Rodriguez
154 Chapman Street
Orange, NJ  07050

Christian Rodriguez
145 Donor Avenue
Elmwood Park, NJ  07407

Victor Savanello
74 Park Street
West Caldwell, NJ  07006

Patrick Synsmir
56 West 3rd Street
South Orange, NJ  07079

Jose Troya Macias
4 Alta Court
Unit #5
Vernon, NJ  07462

Robert VanDerlofske
34 High Crest Drive
Hamburg, NJ  07419

Samuel Vigorito
26 Grieves Terrace
Wayne, NJ  07470

Carolyn Woupes
41 Woodland Drive
Vernon, NJ 07462

Kodjo Adje
44 South Munn Avenue
Apt. 3D
East Orange, NJ  07018

Oscar Aguillar
176 Hackensack Street
Apt. 12
Wood Ridge, NJ  07075

Carlos Arcela
621 North 9th Street
Apt. 2
Newark, NJ  07107

Nadia Armagno
424 Riverview Drive
Totowa, NJ  07107

Michele Beaulac
76 Grove Avenue
Verona, NJ  07044

Keino Blake
1104 West 6th Street
Plainfield, NJ  07063

Daryl Bouldin
129 High Street
Montclair, NJ  07042

Hugo Bravo
168 Baldwin Place
Bloomfield, NJ  07003

Phu Dinh
35 Hamburg Turnpike
Apt. D
Riverdale, NJ  07457

Kenroy Dobbs
8 Maple Avenue
Montclair, NJ  07042

Donavan Dobbs
5 Marmon Terrace
West Orange, NJ  07052

Bryant Elam
1054 Grove Street

Irvington, NJ  07111

Hartford Flowers
8 Sewell Avenue
Unit 2C
Clifton, NJ  07011

Erasimo Fondeur
231 4th Street
Apt. 2
Newark, NJ  07107

Antoine Francois
483 Linden Place
Apt. 201
Orange, NJ  07050

Michael Green
268 Prospect Street
Apt. 2B
East Orange, NJ  07017

Carlos Hernandez
676 No. 5th Street
Newark, NJ  07107

Rodolfo Hernandez
73 Beech Street
Belleville, NJ  07109

Jay Holmes
15 Amisa Court
Highland Lakes, NJ  07422

Thomas Hubay
104 Hollywood Avenue
Fairfield, NJ  07004

William Hunt
314 Levinsohn Place
Englewood, NJ  07631

Manuel Iraheta
52 Hilltop Drive
Apt. B 209
North Caldwell, NJ  07006

Phillip Jacobs
70 Park Place
Irvington, NJ  07111

Victor Johnson
50 South Munn Avenue
Apt. #10J
East Orange, NJ  07018

Carlos Landaverry
379 Davis Avenue
Kearny, NJ  07032

Flowie Nikka Lardizabel
35 Della Avenue
Pompton Plains, N  07444

Milton Loaiza
31 B Allen Street
Passaic, NJ  07055

Jhon Mendez
193 Heckel Street Apt. 2
Belleville, NJ 07109

Isaac Nelson
21 Locust Ave
Piscataway, NJ 08854

Richard Pajuelo
26 Grove Street
Elizabeth, NJ 07202

Jesse Peraino
48 Linden Street 2nd Floor
Passaic, NJ 07055

Pablo Reiban
536 Hamilton Street
Harrison, NJ 07029

Jeffrey Reisinger
2128 Aldene Avenue
Scotch Plains, NJ 07076

Joaquin Riquelme
5 A Verhoeff Place
North Arlington, NJ 07031

Jose Rivas
5 Davis Avenue
East Orange, NJ 07017

Rosendo Rodriguez
35 Mertz Avenue

Belleville, NJ 07109

Sabrina Rodriguez
779 Lake Street
Newark, NJ 07104

Pedro J Rodriguez
270 Highland Avenue
Passaic, NJ 07055

Juan Romero Molina
209 Sheridan Avenue Apt. # 1
Roselle, NJ 07203

Norberto Rosa
233 GreyLock Pkway  Apt 1B
Belleville, NJ 07109

Robert Smith
168 Fabyan Place
Newark, NJ 07112

Ezekiel Tolentino
23 N. 3rd Street
Paterson, NJ 07522

Philip Triesti
1776 Patriot Way  Apt 226
Union, NJ 07083

Saul Vega
502 Joralemon Street Apt 4
Belleville, NJ 07109

Bertha Verkay
322 Richard Mine Road - M4
Wharton, NJ 07885

Timothy Verrinder
50 Randall Avenue
Mine Hill, NJ 07803

Oswaldo Villanueva
52 Hilltop Drive, B 209
North Caldwell, NJ 07006

Victor Vitela
91 Rosedale Avenue
Elmwood Park, NJ 07407

Jackeline Whang

10 Neosha Road
Highland Lakes, NJ 07422

Raymond Williams
146 Brookside Avenue
Irvington, NJ 07111

Joseph Woupes
41 Woodland Drive
Vernon, NJ 07461

Lydia Amoah
326 Broadway
Apt. 2
Newark, NJ 07104

Yanett Ayme
507 Davis Avenue
Harrison, NJ 07029

Julio Bautista
17 5th Street
Apt. C6
Passaic, NJ 07055

Marlene Calle Reinoso
383 A Fairview Avenue
Pat. 2
Fairview, NJ 07022

Miguelina Castillo
560 N. 7th Street
Apt. 5
Newark, NJ 07107

Nube Chabla Buri
241 6th Avenue
West Newark, NJ 07107

Nube Chabla Munoz
100 Ward Street
Orange, NJ 07050

Jesus Chavez
35 Edison Street
Apt. 1
Bloomfield, NJ 07003

Marjorie Cocchio
27 Milton Avenue
Stanhope, NJ 07874

Yessenia Cruz Rodriguez
130 S. Burnet Street
Apt. 2
East Orange, NJ  07018

Blanca Cumbal
534 78th Street
North Bergen, NJ  07047

Diana Doe
753 Clinton Avenue
Apt. 2A
Newark, NJ  07108

Rublian Duarte Sarmiento
863 Mt. Prospect Avenue
Apt. 2
Newark, NJ  07104

Harold Falconer
167 Ferry Street
Newark, NJ  07104

Dayve Fortune
247 Orange Road
Montclair, NJ  07042

Irma Gonzalez Ruiz
180 Prospect Street
Apt. A7
East Orange, NJ  07017

Maria S. Guallpa
19 Kling Street
West Orange, NJ  07052

Angel Guallpa
19 Kling treet
West Orange, NJ  07052

David Guinyard Jr.
130 South 21st Street
Irvington, NJ  07111

Ana Hernandez
785 Ridge Street
Newark, NJ  07104

Tereza Jackson Cabrera
12 Ampere Parkway

Apt. 12
East Orange, NJ  07017

Quadir Johnson
67-69 North 5th Street
Paterson, NJ  07522

Barry King
12 May Street
Newark, NJ  07104

Rosa Lalvay Sagbay
130 South Brunett Street
Apt. 1
East Orange, NJ  07018

Kebeh Lawubah
294 18th Avenue
Apt. C
Newark, NJ  07108

Alba lopez
93 Manchester Place
Newark, NJ  07104

Lucrecia Marmol
45 Webster Street
Fl. 1
Newark, NJ  07104

Maria Zoila Mayancela
498 Valley Road
Apt. #1
West Orange, NJ  07052

Olga E. Menendez
232 Woodside Avenue
Newark, NJ  07104

Maria A. Moreno
31 Mulock Place
3rd Floor
East Newark, NJ  07029

Grecia G. Mreno
260 Ridge Street
Apt. 1
Newark, NJ  07104

Fidelia Munoz
403 North 3rd Street

East Newark, NJ  07029

Neivonne Munroe
308 Halsted Street
Apt. 1R
East Orange, NJ  07018

Dieudil Noel
10 Fernwood Road
Maplewood, NJ  07040

Ildelice Ogando Rivera
48 Clifford Street
East Orange, NJ  07018

Eva Parra
207 Reynolds Street
Orange, NJ  07050

Fermin Paulino
608 Mill Street
Apt. 306
Belleville, NJ  07109

Graciela Piedra Rodriguez
22 President Street
2nd Fl.
East Newark, NJ  07029

Silvia Quezada
434 Mount Prospect Avenue
Belleville, NJ  07109

Olinda Saharig
74 Luddington Avenue
Clifton, NJ  07011

Juan Torres
402 Southg 10th Street
2nd Fl.
Newark, NJ  07103

Darryl S. Tucker
545 White Street
Orange, NJ  07050

Gloria Verduga
28 Ligham Street
Belleville, NJ  07109

Magdalena Villablanca

73 Tiffany Boulevard
Newark, NJ  07104

Billy Williams
111 Prince Street
Apt. 3C
Newark, NJ  07103

Carmen Yanza
226 North Grove Street
East Orange, NJ  07107

I hereby certify under penalty that the above information is correct.

RABINOWITZ, LUBETKIN & TULLY, LLC
Counsel for the Debtor

By:
BARRY J. ROY
Dated:  April 23, 2024

F:\Client_Files\A-M\Fresh Pro Food Distributors\Petition Amendment-Schedule E.doc